UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                    ) Case No. _____
                                                         )
                                                         ) NOTICE OF MOTION FOR RELIEF
                                                         ) FROM (Check all that apply):
                                                         )    AUTOMATIC STAY IN A **CHAPTER 7/13** CASE
Debtor(s)                                                )    CHAPTER **13** CODEBTOR STAY

I.   YOU ARE NOTIFIED that a Motion was filed by _____, the moving
     party, for (Check all that apply):

     Relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 USC §362.

     Relief from the stay protecting the codebtor, whose name and service address are: _____
     _____,
     and codebtor's property as provided by 11 USC §1301.

II.  A copy of the Motion is attached.  The name and service address of the moving party's attorney (or moving party, if no
     attorney) are:_____
     _____

III. If you wish to resist the Motion, you must, within 14 days of the service date shown below, file the following with the Clerk
     of the U.S. Bankruptcy Court [NOTE: if you mail or have a courier deliver the Response to the Court for filing, you must
     mail it or initiate the delivery sufficiently before the deadline so that it will actually be received at the Court on time.]

     A.  A written response that states the facts supporting the opposition to the Motion by filling in the applicable "Response"
         portions on a copy of the original Motion. [NOTE: If the Response will be electronically filed, the Response must be
         prepared using the "fillable" pdf version of the original Motion unless the Motion was filed on paper and could not
         be electronically obtained from the movant];

And  B.  A fully completed Notice of Hearing using Local Form #721, including the date and time of the hearing.  Available
         hearing dates and times are posted on the Court's website at www.orb.uscourts.gov under the "Hearings" heading.
         If you do not have internet access, please call the Court at (503) 326-1500 or (541) 431-4000 and press "0" to obtain
         the required forms and hearing information from a Court clerk.

IV.  Failure to Respond and Serve Proper Notice of Hearing.  If you fail to file a timely response and a proper Notice of
     Hearing, then either:

     A.  The automatic stay will expire as to the debtor(s) pursuant to 11 USC §362(e) 30 days after the Motion was originally
         filed, and/or the stay protecting the codebtor will automatically expire pursuant to 11 USC §1301(d) 20 days after
         the date the Motion was originally filed;

Or   B.  The Court may sign an ex parte order, submitted by the moving party on Local Form #720.90, granting relief from
         the debtor stay and/or codebtor stay.

                              Clerk, U.S. Bankruptcy Court
                              [NOTE:  If the 5-digit portion of the Case No. begins with "3" or "4", mail
                              to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or
                              "7", mail to 405 E 8th Ave #2600, Eugene OR 97401.]

I certify that:  (1) The Motion was prepared using the Court's "fillable" PDF version of Local Form #720.80; and (2) that on
_____ I served copies of this Notice and the Motion on the Debtor(s), any codebtor at the address listed above, Trustee,
U.S. Trustee, members of any committee elected pursuant to 11 USC §705, and their respective attorneys.

                                        _____
                                        Signature of Moving Party or Attorney                    **(OSB#)**

720 (12/1/13)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No._____ |
| | ) |
| | ) (CHECK ALL APPLICABLE BOXES) |
| | ) ☐ Ch. 7/13 Motion for Relief from |
| | ) ☐ DEBTOR ☐ Chapter **13** CODEBTOR Stay |
| | ) Filed by Creditor: |
| | ) _____ |
| | ) ☐ *Response to Stay Motion filed by Respondent:* |
| Debtor(s) | ) _____ |

1.  **Debt, Default, Other Encumbrances, Description and Value of Collateral** *(To be completed by creditor)*

    a. Description of collateral (car model, year, VIN, property address):


    b. Amount of debt:  $_____consisting of principal: $_____; interest: $_____; other:


    c. Description, amount and priority of other encumbrances on collateral.  If not known, include applicable information from debtor's schedules if available on PACER:



       Total debt secured by collateral (total 1.b. + 1.c.):  $_____.

    d. Value of collateral: $_____.
       Equity in collateral:  $_____, after deducting $_____liquidation costs.

    e. Current monthly payment:  $_____.

    f.  If Chapter 13:

        (1) $_____postpetition default consisting of (e.g., $____payments, $____late charges, $____fees):


        (2) $_____prepetition default consisting of  ☐ amounts specified in proof of claim, or, ☐ consisting of:



    g. If Chapter 7, total amount of default $_____.

*RESPONSE (Identify specific items disputed and specify what you contend are the pertinent facts including why there is a postpetition default, if applicable) (to be completed by respondent):*

*2.* **Relief from stay should be granted because (check all that apply):** *(To be completed by creditor)*

☐ Lack of adequate protection because of failure to make sufficient adequate protection payments and lack of a sufficient equity cushion.
☐ Lack of insurance on collateral.
☐ No equity in the collateral and the property is not necessary for an effective reorganization.
☐ Failure of debtor to make Chapter 13 plan payments to the trustee.
☐ Failure of debtor to make direct payments to secured creditor as required by Chapter 13 plan.
☐ Other (describe):

**RESPONSE** *(Specify why relief from stay should be denied. If respondent proposes to cure a postpetition default, detail the cure by attaching a proposed order using Local Form (LBF) 720.90 available at www.orb.uscourts.gov under Forms/Local Forms) (to be completed by respondent):*

*3.* **Background** *(To be completed by creditor)*

a. Date petition filed:_____Current Chapter:_____(7 or 13)
   If 13, current plan date_____Confirmed: ☐ Yes ☐No
   If 13, treatment of creditor's prepetition claim(s) in plan:

   If 7, debtor ☐ has☐  has not stated on Local Form (LBF) 521 or 521.05 that debtor intends to surrender the collateral.

b. Creditor has a lien on the collateral by virtue of (check all applicable sections and also see ¶6 below):
   ☐ Security agreement, trust deed or land sale contract dated_____, and, if applicable, an assignment of said interest to creditor. The security interest was perfected as required by applicable law on_____.
   ☐ Retail installment contract dated_____, and, if applicable, an assignment of said interest to creditor. The security interest was perfected on the certificate of title on_____.
   ☐ Other (describe):

**RESPONSE** *(Identify any disputed items and specify the pertinent facts) (to be completed by respondent):*

*4.* **Request for Relief from Codebtor Stay** (Only Chapter **13**)
   a. _____, whose address is _____
   _____ is a codebtor on the obligation described above, but is not a debtor in this bankruptcy.

   b. Creditor should be granted relief from the codebtor stay because (check all applicable boxes): ☐ codebtor received the consideration for the claim held by creditor, ☐ debtor's plan does not propose to pay creditor's claim in full, ☐ creditor's interest would be irreparably harmed by continuation of the codebtor stay as a result of the default(s) described above and/or ☐ because:

Case 18-33339-tmb13    Doc 27    Filed 10/18/18

***RESPONSE*** *(Identify any disputed items and specify the pertinent facts) (to be completed by respondent):*

5.  **Other Pertinent Information** *(To be completed by creditor, if applicable):*

***RESPONSE*** *(Identify any disputed items and specify the pertinent facts) (to be completed by respondent):*

6.  **Relief Requested (check all applicable sections):** *(To be completed by creditor)*

    ☐ Creditor requests relief from the automatic stay to allow it to foreclose its lien on the above identified collateral, and, if necessary, to take appropriate action to obtain possession of the collateral.

    ☐ Creditor has a security interest in real property and requests relief from stay with respect to an act against such property and that the relief be binding in any other bankruptcy case purporting to affect such real property filed not later than 2 years after the date of the entry of an order granting this motion. (*If you check this box, you must complete ¶5 above to support this request. If you do not do so, the Court will not grant relief binding in any other bankruptcy case.*)

    ☐ Creditor requests that the 14-day stay provided by FRBP 4001(a)(3) be waived based on the following cause:

    ☐ Other (describe and explain cause):

***RESPONSE*** *(Identify any disputed items and specify the pertinent facts. If respondent agrees to some relief, attach a proposed order using Local Form (LBF) 720.90 available at www.orb.uscourts.gov under Forms/Local Forms) (to be completed by respondent):*

**7. Documents:**

**If creditor claims to be secured in ¶3.b. above** creditor has attached to and filed with this motion a copy of the documents creating and perfecting the security interest, if not previously attached to a proof of claim.

**If this case is a Chapter 13 case and the collateral as to which creditor seeks stay relief is real property**, creditor has attached to and filed with this motion a postpetition payment history current to a date not more than 30 days before this motion is filed, showing for each payment the amount due, the date the payment was received, the amount of the payment, and how creditor applied the payment.

**RESPONDENT requests creditor provide** Respondent with the following document(s), if any marked, which are pertinent to this response:

☐ Postpetition payment history if not required above.
☐ Documents establishing that creditor owns the debt described in ¶1 or is otherwise a proper party to bring this motion.
☐ Other document(s) (specific description):

CREDITOR/ATTORNEY

Signature:_____
Name:_____
Address:_____
_____
Email Address:_____
Phone No:_____
OSB#:_____

RESPONDENT **DEBTOR**/ATTORNEY *(by signing, the respondent also certifies that [s]he has not altered the information completed by creditor)*

Signature:_____
Name:_____
Address:_____
_____
Email Address:_____
Phone No:_____
OSB#:_____

RESPONDENT **CODEBTOR**/ATTORNEY *(by signing, the respondent also certifies that [s]he has not altered the information completed by creditor)*

Signature:_____
Name:_____
Address:_____
_____
Email Address:_____
Phone No:_____
OSB#:_____

*YOU ARE HEREBY NOTIFIED THAT THE CREDITOR IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

720.80 (12/1/2017)

**BILLY J. WILLIAMS, OSB #90136**
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
kathleen.bickers@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone:    (503) 727-1060
Attorneys for the United States

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re:  EDWARD J. DUFFY,

        Debtor.

Case No: 18-33339-tmb13

**UNITED STATES' MOTION FOR
RELIEF FROM STAY**

THE UNITED STATES OF AMERICA, through its agency the Internal Revenue Service

("IRS") by Billy J. Williams, United States Attorney for the District of Oregon and through

Kathleen L. Bickers, Assistant United States Attorney for the District of Oregon, moves this

Court, pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001, for an order lifting the

automatic stay against the continuation of a proceeding before the United States Tax Court for

trial, briefing, opinion, and entry of decision and lifting the automatic stay thus permitting

assessment of any tax liability determined by the Tax Court with respect to debtor's 2009, 2010,

2011, 2012, 2013, and 2014, taxable years.

IN SUPPORT THEREOF the United States alleges:

1.    On September 25, 2018, debtor initiated this bankruptcy action by filing a bankruptcy petition seeking relief under Chapter 13.  Debtor's spouse, Shannon L. Duffy, is not a co-debtor in this bankruptcy proceeding, and as of the date of this writing, has not filed for bankruptcy protection.

2.    On January 19, 2016, IRS issued a notice of deficiency to debtor and non-debtor spouse, in the following amounts:

| Tax Year | Income Tax Deficiency | Accuracy-Related Penalty |
|---|---|---|
| 2009 | $ 44,514.00 | $ 7,942.80 |
| 2010 | $ 40,469.00 | $ 8,093.80 |
| 2011 | $318,580.00 | $63,716.00 |
| 2012 | $ 59,022.00 | $11,804.40 |
| 2013 | $198,329.00 | $39,647.80 |
| 2014 | $  1,544.00 | $   108.80 |

A copy of the January 19, 2016, notice of deficiency is attached as Exhibit 1.

3.    On April 14, 2016, in response to the notice of deficiency of January 19, 2016, debtor and his non-debtor spouse filed a petition in the United States Tax Court entitled *Edward J. Duffy & Shannon L. Duffy v. Commissioner*, Docket No. 8711-16.  The Tax Court has jurisdiction to re-determine debtor and non-debtor spouse's income tax liabilities for taxable years 2009, 2010, 2011, 2012, 2013, and 2014.

4.    On September 11, 2017, *Duffy v. Commissioner*, Docket No. 8711-16, was previously scheduled for trial during the Tax Court's trial session scheduled in Portland, Oregon.

5.    On May 25, 2017, debtor filed a petition with the United States Bankruptcy Court for the District of Oregon under 11 U.S.C. Chapter 13.  *See In re Edward James Duffy*, Case No. 17-31966-dwh13.

6.      On June 1, 2017, as a result of debtor's filing the bankruptcy action in 17-31966-dwh13, *Duffy v. Commissioner* was stayed and by order of the Tax Court, trial was continued from the September 11, 2017 trial session.

7.      On July 18, 2017, debtor filed a motion to dismiss the 17-31966 bankruptcy proceeding.  On July 18, 2017, debtor's motion was granted.

8.      On August 1, 2017, debtor's counsel in *Duffy v. Commissioner*, Docket No. 8711-16, withdrew.

9.      On September 11, 2017, the Tax Court issued an Order lifting its stay on the Tax Court proceeding and restored the case back to its general docket.

10.     On July 11, 2018, the Tax Court issued a notice setting *Duffy v. Commissioner*, Docket No. 8711-16, for trial during its trial session scheduled to commence in Portland, Oregon on December 10, 2018.  Counsel for Commissioner issued informal discovery and has issued and/or filed formal discovery on September 21, 2018, including Respondent's Interrogatories to Petitioners, Respondent's Request for Production of Documents, and Respondent's Request for Admissions, in accordance with the Tax Court's Rules of Practice and Procedures in *Duffy v. Commissioner*, Docket No. 8711-16.  The formal discovery was issued after debtor and non-debtor spouse failed to meet for a conference beginning trial preparation and providing requested information and documentation, including their positions on various adjustments in the notice of deficiency in light of their former attorney's withdrawal from the case.

11.     On September 25, 2018, debtor filed the instant and second bankruptcy petition seeking relief under 11 U.S.C. Chapter 13.  At the time of filing on September 25, 2018, debtor's bankruptcy petition consisted solely of the 7-pages of the Official Form 101, Voluntary Petition for Individuals Filing for Bankruptcy.

12.     On September 26, 2018, the Bankruptcy Court issued an Order and Notice

Regarding Filing of Document(s) and Notice of Proposed Dismissal, which ordered debtor to file

the following forms within 14 days:

> (1)     complete and current version of Summary of Assets and Liabilities, all
> Schedules required for the debtor, a signed Declaration About an Individual
> Debtor's Schedules, and a signed Statement of Financial Affairs;
>
> (2)     Statement of Current Monthly Income on the current Official Form
> applicable to the case; and
>
> (3)     Chapter 13 Plan using the current version of Local Form 1300.17.

Dckt. 7.

13.     On October 4, 2018, counsel for Commissioner filed a notice of debtor's

bankruptcy filing with the Tax Court in *Edward J. Duffy v. Commissioner*, Docket No. 8711-16.

14.     On October 9, 2018, the Tax Court issued an Order an Order noting that

Commissioner's filing of notice regarding debtor's bankruptcy filing on October 4, 2018,

suggesting that the Tax Court stay the case with respect to the debtor, but also noted that

Commissioner's counsel has also stated that the Commissioner would ask this Court to lift the

automatic stay so that the Tax Court case could proceed as scheduled.

15.     On October 9, 2018, debtor moved this Court for an extension of time to file

missing documents and documents required in its order of September 26, 2018 (Dckt. 7). Dckt.

15

16.     On October 9, 2018, this Court granted debtor's motion for extension of time and

gave a new filing deadline of October 16, 2018, for all missing documents subject to the court's

September 26, 2018, order. Dckt. 16.

17.     On October 9, 2018, IRS's filed its Proof of Claim (POC) setting forth the

following liabilities;

1.     Priority claims totaling $817,289.13, consisting of taxes and pre-petition

interest to the date of petition filing with respect to income tax liabilities for taxable years

2009 through 2017 inclusive, and 2017, and

2     Unsecured general claims in the amount of $31,313.60.

Claim 3-1.

18.     On October 16, 2018, debtor filed all all previously ordered required forms,

schedules, and his initial Chapter 13 Plan.

19.     On October 17, 2018, debtor filed an objection to IRS's POC. Dckt 23

20.     In his Objection to the IRS POC, debtor states,

Liability is disputed and was, at the time of case filing, being litigated before the
US Tax Court in the case of *Duffy v. Commissioner of the Interal Revenue Service*,
Case No. 8711-16.  The claim should be disallowed pending determination by the
Tax Court and subsequent appeals, if any.

Dckt 23, p. 2.

21.     As of October 18, 2018, the Tax Court has not stayed its proceeding with respect

to debtor.

22.     Debtor's income tax liability for taxable year 2017 (return not filed at this time) is

not at issue in the Tax Court proceedings.

23.     It is in the best interest of the debtor, non-debtor spouse, estate, and IRS that this

Court lift the automatic stay imposed under 11 U.S.C. § 362(a)(8) thus allowing the continuation

of the Tax Court proceeding.

24.     As noted above, debtor's spouse is not a co-debtor in this bankruptcy proceeding.

Where both spouses filed a petition to the Tax Court and only one spouse who filed the joint tax

returns has gone into bankruptcy, it is in the interest of litigative economy, and avoiding a "whipsaw" situation, that the bankruptcy court order the stay be lifted, thus allowing continued litigation in the Tax Court. Denial of lifting of the automatic stay would only, and unnecessarily, delay the Tax Court's determination of debtor's income tax liabilities for taxable years 2009, 2010, 2011, 2012, 2013, and 2014, that debtor and non-debtor spouse sought when they filed *Edward J. Duffy & Shannon L. Duffy v. Commissioner*, Docket No. 8711-16 on April 14, 2016.

25.     Counsel for Commissioner is ready to file motions to compel debtor and non-debtor spouse's responses to Respondent's Interrogatories to Petitioners and Respondent's Request for Production of Documents served on September 21, 2018, if the automatic stay is lifted and the responses are not timely and adequately provided in accordance with the Tax Court's Rules and Procedures.

26.     The Tax Court has been advised of the government's intention of seeking relief from the automatic stay against the continuation of the proceeding before the United States Tax Court for purposes of trial, briefing, opinion, and entry of decision and lifting the automatic stay permitting assessment of any tax liability determined by the Tax Court with respect to the debtor's 2009, 2010, 2011, 2012, 2013, and 2014 taxable years.

Respectfully submitted,
BILLY J. WILLIAMS
United States Attorney
District of Oregon


Dated: October 18, 2018          /s Kathleen L. Bickers
                                 KATHLEEN L. BICKERS, OSB #85151
                                 Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing UNITED STATES'

MOTION FOR RELIEF FROM STAY was made on October 18, 2018, by mailing a true copy

addressed to the following, except those designated as receiving ECF notice, who will be served

electronically by ECF:

| | |
|---|---|
| Michael D. O'Brien, Attorney for Debtor | ECF Only |
| Wayne Godare, Trustee | ECF Only |
| U.S. Trustee, Portland | ECF Only |

Dated: <u>October 18, 2018</u>   <u>/s Kathleen L. Bickers</u>

        KATHLEEN L. BICKERS,OSB #85151

        Assistant United States Attorney



**Department of the Treasury**
**Internal Revenue Service**
**Small Business & Self Employed Division**
915 Second Avenue
Mailstop W140
Seattle, WA 98174

Date: JAN 19 2016

Taxpayer ID number:

Form:
1040

Person to contact:
Notices Clerk

Contact telephone number:
206-946-3702

Contact fax number:
N/A

Employee ID number:
N/A

Last day to file petition with US tax court:
APR 18 2016

Edward J. & Shannon L. Duffy
1717 Southwest Highland Road
Portland OR 97221-2729

**Certified Mail**

| Tax Year Ended: | Deficiency: | Penalties or Additions to Tax: |
| --- | --- | --- |
| | | IRC 6662(a) |
| December 31, 2009 | $44,514.00 | 7,942.80 |
| December 31, 2010 | $40,469.00 | 8,093.80 |
| December 31, 2011 | $318,580.00 | 63,716.00 |
| December 31, 2012 | $59,022.00 | 11,804.40 |
| December 31, 2013 | $198,329.00 | 39,647.80 |
| December 31, 2014 | $1,544.00 | 108.80 |

\* *This amount only reflects the addition to tax under IRC section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of one-half percent (0.5%) for each month, or fraction thereof, of nonpayment, not exceeding twenty-five percent (25.0%).*

Dear Edward J. & Shannon L. Duffy:

**Why we are sending you this letter**
We determined that you owe additional tax or other amounts, or both, for the tax year or years identified above. This letter is your **Notice Of Deficiency**, as required by law. The enclosed Form 4549-A, *Income Tax Discrepancy Adjustments* or Form 5278, *Statement - Income Tax Changes,* shows how we figured the deficiency.

**If you wish to challenge this determination**
If you want to challenge this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court to reconsider the deficiency.

**Information you will need**
If you have recently sought bankruptcy relief by filing a petition in bankruptcy court, see enclosed Notice 1421, *How Bankruptcy Affects Your Right to File a Petition in Tax Court in Response to a Notice of Deficiency.*

**Letter 531 (Rev. 10-2015)**
Catalog Number 40223L

You can get a copy of the rules for filing a petition and a petition form by writing to the following address:

United States Tax Court
400 Second Street, NW
Washington, DC 20217

- The Tax Court has a simplified procedure for small tax cases when the dispute for each tax year is $50,000 or less.

- If you use this simplified procedure, you cannot challenge the Tax Court's decision. You can get information on the simplified procedure for small cases from the Tax Court by writing to the court at the address above or from the court's internet site at www.ustaxcourt.gov.

- If you file a petition for multiple tax years and the dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you.

**The law regarding married couples**
The law requires separate notices for husbands and wives. Both must sign and file the petition or each must file a separate, signed petition if this letter is addressed to both husband and wife, and both want to petition the Tax Court.

If only one spouse is in bankruptcy at the time this letter was issued or files a bankruptcy petition after the date of this letter, the bankruptcy automatic stay does not prohibit the spouse who is not in bankruptcy from filing a petition with Tax Court. The bankruptcy automatic stay of the spouse seeking bankruptcy relief does not extend the time for filing a petition in Tax Court for the spouse who is not in bankruptcy.

**How to file your petition form**
Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the address above. If more than one tax year is shown above, you may file one petition form showing all of the years you are challenging.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

**Time limits on filing a petition**
The time you have to file a petition in the Tax Court is set by law.

1. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

2. The Tax Court cannot consider your case if your Tax Court petition is filed late. IRS cannot grant an extension or allow a suspension of the prescribed deadline, even for reasonable cause. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

**If you agree with the Notice of Deficiency**
If you decide not to file a petition with the Tax Court, please sign the enclosed Form 4089-B, *Notice of Deficiency - Waiver*, and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

**If we don't hear from you**
If you decide not to sign and return Form 4089-B, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

**Letter 531 (Rev. 10-2015)**
Catalog Number 40223L

**Note:** If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on corporate underpayments in excess of $100,000.

**Information about the IRS Taxpayer Advocate Office**
The IRS office whose phone number appears at the top of the notice can best address and access your tax information and help get you answers. You may be eligible for help from the Taxpayer Advocate Service (TAS) if you have tried to resolve your tax problem through normal IRS channels and have gotten nowhere, or you believe an IRS procedure just isn't working as it should. TAS is your voice at the IRS. TAS helps taxpayers whose problems are causing financial difficulty or significant cost, including the cost of professional representation (this includes businesses as well as individuals). You can reach TAS by calling the TAS toll-free number at 1-877-777-4778 or by contacting the local Taxpayer Advocate office at:

> 1220 SW 3rd Ave, Suite G044
> Mail Stop O-405
> Portland, OR  97204

To learn more about TAS and your basic tax responsibilities, visit www.TaxpayerAdvocate.irs.gov.

**How to contact us**
You may write or call the contact person whose name, telephone number, and IRS address are shown in the heading of this letter if you need further assistance. If you write, please include your telephone number, the best times if we need to call you and a copy of this letter to help us identify your account.

If you prefer to call and the telephone number is outside your local calling area, there may be a long distance charge to you.

Keep the original letter for your records.

Sincerely,
*John A. Koskinen*
Commissioner
By

Heather J. Yocum
Technical Services Territory Manager

Enclosures:
Form 4549-A or Form 5278
Form 4089-B

Letter 531 (Rev. 10-2015)
Catalog Number 40223L

In Re Duffy,          Motion for Relief from Stay          Exhibit 1, Page 3 of 58
18-33339-tmb13     Case 18-33339-tmb13    Doc 27    Filed 10/18/18

**Continuation Sheet**

| NAME: Edward J. & Shannon L. Duffy | TIN: |
|---|---|

**Interest on Deficiencies - IRC §6601(a)**

Interest on deficiencies will accrue from the due date of the return until paid.

**Accuracy-Related Penalty - IRC §6662(a)**

You are liable for the accuracy-related penalty imposed under section 6662 of the Internal Revenue Code. You have not shown you had reasonable cause for the underpayment of tax or any exceptions to the penalty. The penalty is twenty percent (20%) of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

Substantial Understatement of Income Tax
It is determined that all or a portion of the underpayment of tax is a substantial understatement of income tax, since the resulting understatement of tax exceeds the greater of ten percent (10%) of the tax required to be shown on the return or $5,000.

Negligence
In the alternative, it is determined that all or a portion of the underpayment of tax is due to negligence. Negligence is defined as a failure to make a reasonable attempt to comply with the provisions of the Internal Revenue Code or to exercise ordinary and reasonable care in the preparation of a tax return. It also includes a failure to keep proper books and records or to properly substantiate claimed items.

**Power of Attorney - Form 2848**

Receipt is acknowledged of Form 2848, Power of Attorney, naming a representative to act for you on tax matters relating to one or more of the years shown above. Since the Power of Attorney Form is incomplete, or does not extend to all of the years to which this notice pertains, the Power of Attorney submitted by you cannot be recognized for purposes of providing the representative with a copy of this notice. However, you may provide a copy of the notice to whomever you wish.

| Form 4089-B | Department of the Treasury – Internal Revenue Service | Symbols |
|---|---|---|
| (October 1999) | **Notice of Deficiency-Waiver** | SE:S:E:TS:W:SEA:W140 |

| Name and address of taxpayer(s) | Social Security or Employer Identification Number |
|---|---|
| Edward J. & Shannon L. Duffy<br>1717 Southwest Highland Road<br>Portland OR 97221-2729 | |

| Kind of tax | ☐ Copy to authorized representative |
|---|---|
| Income | |

### DEFICIENCY — Increase in Tax and Penalties

| Tax Year Ended: | Deficiency: | Penalties or Additions to Tax:<br>IRC 6662(a) |
|---|---|---|
| December 31, 2009 | $44,514.00 | 7,942.80 |
| December 31, 2010 | $40,469.00 | 8,093.80 |
| December 31, 2011 | $318,580.00 | 63,716.00 |
| December 31, 2012 | $59,022.00 | 11,804.40 |
| December 31, 2013 | $198,329.00 | 39,647.80 |
| December 31, 2014 | $1,544.00 | 108.80 |

*\* This amount only reflects the addition to tax under IRC section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of one-half percent (0.5%) for each month, or fraction thereof, of nonpayment, not exceeding twenty-five percent (25.0%).*

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

| Your Signature | ➤ ............................................................... | *(Date signed)* |
|---|---|---|
| Spouse's Signature *(If A Joint Return Was Filed)* | ➤ ............................................................... | *(Date signed)* |
| Taxpayer's Representative Sign Here | ➤ ............................................................... | *(Date signed)* |
| Corporate Name | ➤ ............................................................... | |

| Corporate Officers Sign Here | ➤ ............................................................... | | |
|---|---|---|---|
| | (Signature) | (Title) | (Date signed) |
| ➤ ............................................................... | | | |
| | (Signature) | (Title) | (Date signed) |

If you agree, please sign one copy and return it; keep the other copy for your records.

| Cat. No. 29000E | www.irs.gov | Form **4089-B** (10-1999) |
|---|---|---|

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**Optional Paragraphs**

A check in the block to the left of a paragraph below indicates that the paragraph applies to your situation.

☐ The amount shown as the deficiency may not be billed, since all or part of the refund due has been held to offset all or a portion of the amount of the deficiency. The amount that will be billed, if any, is shown on the attached examination report.

☐ The amount shown as a deficiency may not be billed, since the refund due will be reduced by the amount of the deficiency. The net refund due is shown on the attached examination report.

Cat. No. 29000E                www.irs.gov                Form **4089-B** (10-1999)

Form **4549-A**
(Rev. March 2013)
Department of the Treasury-Internal Revenue Service
**Income Tax Examination Changes**
**(Unagreed and Excepted Agreed)**
Page ___1___ of ___2___

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Edward J. & Shannon L. Duffy<br>1717 Southwest Highland Road<br>Portland OR 97221-2729 | | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End<br>12/31/2009 | Period End<br>12/31/2010 | Period End |
|---|---|---|---|
| a. Rental Loss, Statutory Adjustment related to NOL | 25,000.00 | 13,972.00 | |
| b. Other Income, Restricted Interest Adjustment | 274,002.00 | 144,268.00 | |
| c. Itemized Deductions | 6,597.00 | 3,164.00 | |
| d. Exemptions | 1,606.00 | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| 2. Total Adjustments | 307,205.00 | 161,404.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | (157,941.00) | (18,687.00) | |
| 4. Corrected Taxable Income | 149,264.00 | 142,717.00 | |
|    Tax Method | TAX RATE | TAX RATE | |
|    Filing Status | Joint | Joint | |
| 5. Tax | 30,057.00 | 28,204.00 | |
| 6. Additional Taxes / Alternative Minimum | 9,657.00 | 7,465.00 | |
| 7. Corrected Tax Liability | 39,714.00 | 35,669.00 | |
| 8. Less a.<br>Credits b.<br>c.<br>d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 39,714.00 | 35,669.00 | |
| 10. Plus a. Tax on Qualified Plans<br>Other b.<br>Taxes c.<br>d. | | 6,000.00 | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 39,714.00 | 41,669.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 6,000.00 | |
| 13. Adjustments to: a. See Attached | (800.00) | (800.00) | |
|    b. | | | |
|    c. Addnl Child Tax Credit | (4,000.00) | (4,000.00) | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 44,514.00 | 40,469.00 | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 44,514.00 | 40,469.00 | |

In Re Duffy,     Motion for Relief from Stay     Exhibit 1, Page 7 of 58
18-33339-tmb13     Case 18-33339-tmb13    Doc 27    Filed 10/18/18

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service
**Income Tax Examination Changes**
(Unagreed and Excepted Agreed)

| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Edward J. & Shannon L. Duffy | | 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2009 | Period End 12/31/2010 | Period End |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 7,942.80 | 8,093.80 | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 7,942.80 | 8,093.80 | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 44,514.00 | 40,469.00 | |
| b. Penalties *(Line 18)* - computed to 01/12/2016 | 7,942.80 | 8,093.80 | |
| c. Interest *(IRC § 6601)* - computed to 02/11/2016 | 0.00 | 0.00 | |
| d. TMT Interest - computed to 02/11/2016 *(on TMT underpayment)* | 0.00 | 0.00 | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 52,456.80 | 48,562.80 | |

**Other Information:**
This report supersedes all previously issued versions for the years shown above.

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Technical Services | N/A | Seattle, WA | 01/12/2016 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 3-2013) |
|---|---|---|

Form **4549-A**
(Rev. March 2013)

# Income Tax Examination Changes
## (Unagreed and Excepted Agreed)

Page __1__ of __4__

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: 1040 |
|---|---|---|
| Edward J. & Shannon L. Duffy<br>1717 Southwest Highland Road<br>Portland OR 97221-2729 | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/2011 | Period End 12/31/2012 | Period End 12/31/2013 |
|---|---|---|---|
| a. Other Income - Debt Forgiven | 108,661.00 | | 391,532.00 |
| b. Sch E1 - Real Estate Loss After Passive Limitation | 199,875.00 | | |
| c. Sch C2 - Car and Truck Expenses | 1,680.00 | | |
| d. Sch C2 - Travel | 543.00 | | |
| e. Other Gains or Losses From Form 4797 | 971,988.00 | | |
| f. Itemized Deductions | 8,519.00 | 8,005.00 | 30,033.00 |
| g. Sch E - Inc/Loss - Partnership | | 261,741.00 | 338,565.00 |
| h. State Refunds, Credits, or Offsets | | 28,643.00 | |
| i. SE AGI Adjustment | | (9,181.00) | (9,971.00) |
| j. Exemptions | | | 23,400.00 |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 1,291,266.00 | 289,208.00 | 773,559.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | (296,202.00) | (93,255.00) | (191,108.00) |
| 4. Corrected Taxable Income | 995,064.00 | 195,953.00 | 582,451.00 |
|     Tax Method | TAX RATE | SCHEDULE D | TAX RATE |
|     Filing Status | Joint | Joint | Joint |
| 5. Tax | 318,144.00 | 42,629.00 | 178,297.00 |
| 6. Additional Taxes / Alternative Minimum | | 140.00 | |
| 7. Corrected Tax Liability | 318,144.00 | 42,769.00 | 178,297.00 |
| 8. Less    a. | | | |
|   Credits   b. | | | |
|        c. | | | |
|        d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 318,144.00 | 42,769.00 | 178,297.00 |
| 10. Plus   a. Tax on Qualified Plans | 39,500.00 | 5,315.00 | |
|   Other   b. Self Employment Tax | | 16,163.00 | 19,942.00 |
|   Taxes   c. | | | |
|        d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 357,644.00 | 64,247.00 | 198,239.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 39,500.00 | 5,315.00 | 0.00 |
| 13. Adjustments to: a. See Attached | | (90.00) | (90.00) |
|        b. | | | |
|        c. Addnl Child Tax Credit | (436.00) | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 318,580.00 | 59,022.00 | 198,329.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding Interest and penalties) | 318,580.00 | 59,022.00 | 198,329.00 |

Catalog Number 23110T      www.irs.gov      Form 4549-A (Rev. 3-2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
## (Unagreed and Excepted Agreed)

Page __2__ of __4__

Name of Taxpayer
Edward J. & Shannon L. Duffy

Taxpayer Identification Number

Return Form No.:
1040

| 17. Penalties/ Code Sections | Period End 12/31/2011 | Period End 12/31/2012 | Period End 12/31/2013 |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 63,716.00 | 11,804.40 | 39,647.80 |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 63,716.00 | 11,804.40 | 39,647.80 |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 318,580.00 | 59,022.00 | 198,329.00 |
| b. Penalties *(Line 18)* - computed to 01/13/2016 | 63,716.00 | 11,804.40 | 39,647.80 |
| c. Interest *(IRC § 6601)* - computed to 02/12/2016 | 0.00 | 0.00 | 0.00 |
| d. TMT Interest - computed to 02/12/2016 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 382,296.00 | 70,826.40 | 237,976.80 |

**Other Information:**
This report supersedes all previously issued versions for the years shown above.

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Technical Services | N/A | Seattle, WA | 01/13/2016 |

The Internal Revenue Service has agreements with state tax agencies under which information about changes, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

# Form 4549-A
(Rev. March 2013)

**Department of the Treasury-Internal Revenue Service**

## Income Tax Examination Changes
### (Unagreed and Excepted Agreed)

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Edward J. & Shannon L. Duffy<br>1717 Southwest Highland Road<br>Portland OR 97221-2729 | | 1040 |

| | | Person with whom examination changes were discussed: | Name and Title: |

| | | Period End 12/31/2014 | Period End | Period End |
|---|---|---|---|---|
| **1. Adjustments to Income** | | | | |
| a. Sch E - Inc/Loss - Partnership | | 139,335.00 | | |
| b. SE AGI Adjustment | | (1,772.00) | | |
| c. Itemized Deductions | | 164.00 | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| **2. Total Adjustments** | | 137,727.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | | (183,857.00) | | |
| **4. Corrected Taxable Income** | | (46,130.00) | | |
| | Tax Method | TAX TABLE | | |
| | Filing Status | Joint | | |
| **5. Tax** | | 0.00 | | |
| **6. Additional Taxes / Alternative Minimum** | | | | |
| **7. Corrected Tax Liability** | | 0.00 | | |
| **8. Less** a. | | | | |
| **Credits** b. | | | | |
| c. | | | | |
| d. | | | | |
| **9. Balance** (Line 7 less total of Lines 8a thru 8d) | | 0.00 | | |
| **10. Plus** a. Self Employment Tax | | 3,544.00 | | |
| **Other** b. | | | | |
| **Taxes** c. | | | | |
| d. | | | | |
| **11. Total Corrected Tax Liability** (Line 9 plus Lines 10a thru 10d) | | 3,544.00 | | |
| **12. Total Tax Shown on Return or as Previously Adjusted** | | 0.00 | | |
| **13. Adjustments to:** a. | | | | |
| b. | | | | |
| c. Addnl Child Tax Credit | | 2,000.00 | | |
| **14. Deficiency-Increase in Tax or** (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | | 1,544.00 | | |
| **15. Adjustments to Prepayment Credits-Increase** (Decrease) | | | | |
| **16. Balance Due or (Overpayment) -** (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | | 1,544.00 | | |

Catalog Number 23110T   www.irs.gov   Form 4549-A (Rev. 3-2013)

| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** (Unagreed and Excepted Agreed) | | Page 4 of 4 |
|---|---|---|---|

| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Edward J. & Shannon L. Duffy | | 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2014 | Period End | Period End |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 108.80 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 108.80 | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | | |

**19. Summary of Taxes, Penalties and Interest:**

| | | |
|---|---|---|
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | | 1,544.00 |
| b. Penalties *(Line 18)* - computed to 01/13/2016 | | 108.80 |
| c. Interest *(IRC § 6601)* - computed to 02/12/2016 | | 0.00 |
| d. TMT Interest - computed to 02/12/2016 *(on TMT underpayment)* | | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | | 1,652.80 |

**Other Information:**

This report supersedes all previously issued versions for the years shown above.

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Technical Services | N/A | Seattle, WA | 01/13/2016 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 3-2013) |
|---|---|---|

| Form **886-A**<br>(Rev. January<br>1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit<br>1 |
|---|---|---|
| Name of Taxpayer<br>Edward J. & Shannon L. Duffy | Taxpayer Identification Number | Year/Period Ended<br>2009 2010 |

**1.a. Rental Loss, Statutory Adjustment related to NOL**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | ($25,000.00) | $0.00 | $25,000.00 |
| 2010 | ($13,972.00) | $0.00 | $13,972.00 |

This is a statutory adjustment; since the net operating loss was disallowed or decreased, modified adjusted gross income was increased causing the special allowance for rental real estate loss to be disallowed in the amount shown.

**1.b. Other Income, Restricted Interest Adjustment**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | ($274,002.00) | $0.00 | $274,002.00 |
| 2010 | ($144,268.00) | $0.00 | $144,268.00 |

Since the net operating loss on which this carryback/carryover is based was disallowed or decreased, the carryback/carryover was disallowed in the amount shown.

**1.c. Itemized Deductions**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | $112,558.00 | $105,961.00 | $6,597.00 |
| 2010 | $104,871.00 | $101,707.00 | $3,164.00 |

Certain expenses deducted as miscellaneous itemized deductions are only deductible to the extent that they exceed a percentage of your adjusted gross income. Since we have made other changes in this report which affect your adjusted gross income, we have also adjusted these expenses.

**1.d. Exemptions**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | $21,900.00 | $20,294.00 | $1,606.00 |

The amount you can claim for your exemptions is reduced if your income is more than the dollar limit for your filing status. Your income is more than that limit, so we reduced the amount you can claim. We have attached a Personal Exemption Worksheet to show you how we figured the change.

Form **886-A** (1-1994)     ——      Department of the Treasury - Internal Revenue Service

## 6. Alt Min Tax

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | $0.00 | $9,657.00 | $9,657.00 |
| 2010 | $0.00 | $7,465.00 | $7,465.00 |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount determined by filing status, which is subject to phase-out depending on the amount of your alternative minimum taxable income. The Married Filing Joint exemption amount for tax year 2009 is $70,950, and for tax year 2010 is $72,450.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

## 13.a. Making Work Pay Credit

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | $800.00 | $0.00 | ($800.00) |
| 2010 | $800.00 | $0.00 | ($800.00) |

The amount you can claim for the Making Work Pay credit is reduced if your adjusted gross income (AGI) is more than the dollar limit for your filing status. After adjusting for other changes in this report, your AGI is more than that limit, so we reduced the amount you can claim. See also attached computation schedules.

## 13.c. Additional Child Tax Credit

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2009 | $4,000.00 | $0.00 | ($4,000.00) |
| 2010 | $4,000.00 | $0.00 | ($4,000.00) |

Because we changed your adjusted gross income and tax liability, we have also adjusted your additional child tax credit accordingly. See attached computation schedules.

Form **886-A** (1-1994)            Department of the Treasury - Internal Revenue Service

| Form **886-A**<br>(Rev. January<br>1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit<br>3 |
|---|---|---|
| Name of Taxpayer<br>Edward J. & Shannon L. Duffy | Taxpayer Identification Number | Year/Period Ended<br>2009 2010 |

**17.a. Accuracy-Related Penalty - IRC §6662(a)**

| Tax Period | Per Exam | Adjustment |
|---|---|---|
| 2009 | $7,942.80 | $7,942.80 |
| 2010 | $8,093.80 | $8,093.80 |

You are liable for the accuracy-related penalty imposed under section 6662 of the Internal Revenue Code. You have not shown you had reasonable cause for the underpayment of tax or any exceptions to the penalty. The penalty is twenty percent (20%) of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

<u>Substantial Understatement of Income Tax</u>
It is determined that all or a portion of the underpayment of tax is a substantial understatement of income tax, since the resulting understatement of tax exceeds the greater of ten percent (10%) of the tax required to be shown on the return or $5,000.

<u>Negligence</u>
In the alternative, it is determined that all or a portion of the underpayment of tax is due to negligence. Negligence is defined as a failure to make a reasonable attempt to comply with the provisions of the Internal Revenue Code or to exercise ordinary and reasonable care in the preparation of a tax return. It also includes a failure to keep proper books and records or to properly substantiate claimed items.

Form **886-A** (1-1994)                                                                 Department of the Treasury - Internal Revenue Service

| Form **886-A**<br>(Rev. January<br>1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit<br><br>1 |
|---|---|---|
| Name of Taxpayer<br><br>Edward J. & Shannon L. Duffy | Taxpayer Identification Number | Year/Period Ended<br><br>2011 2012 2013 2014 |

### 1.a. Other Income - Debt Forgiven

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $626,046.00 | $734,707.00 | $108,661.00 |
| 2013 | $1,000.00 | $392,532.00 | $391,532.00 |

The amount of your debt which was cancelled or forgiven is includible in income. The above adjustment to tax year 2011 includes the amount of accrued unpaid interest, which was also forgiven. The above adjustment to tax year 2013 was reported by Wells Fargo Bank N.A. on Form 1099-C.

You did not qualify to exclude the cancellation of debt income under the exceptions of IRC Section 108(a), which includes the insolvency exception and the principal residence exception. Thus, the above amounts for tax years 2011 and 2013 are includible as cancellation of debt income.

### 1.b. Sch E1 - Real Estate Loss After Passive Limitation

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | ($199,875.00) | $0.00 | $199,875.00 |

Since we determined that the property located at 202 3rd Street in Gearhart, OR is a personal residence, suspended passive losses are not allowed on the disposition of the property.

### 1.c. Sch C2 - Car and Truck Expenses

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $4,380.00 | $2,700.00 | $1,680.00 |

Since you did not establish that the full amount of the business expense shown on your tax return was paid or incurred during the taxable year and that the expense was ordinary and necessary to your business, we have disallowed the amount shown. We have adjusted the expense to the amount verified based on the information provided by you. We figured your allowable deduction for business use of your automobile at the standard business mileage rate.

### 1.d. Sch C2 - Travel

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $6,365.00 | $5,822.00 | $543.00 |

Since you did not establish that the full amount of the business expense shown on your tax return was paid or incurred during the taxable year and that the expense was ordinary and necessary to your business, we have disallowed the amount shown. We have adjusted the expense to the amount verified based on the information provided by you.

Form **886-A** (1-1994)  <span>Department of the Treasury - Internal Revenue Service</span>

| Form **886-A**<br>(Rev. January<br>1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit<br><br>2 |
|---|---|---|
| Name of Taxpayer<br><br>Edward J. & Shannon L. Duffy | Taxpayer Identification Number | Year/Period Ended<br><br>2011 2012 2013 2014 |

**1.e. Other Gains or Losses From Form 4797**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | ($971,988.00) | $0.00 | $971,988.00 |

Since we determined that the property located at 202 3rd Street in Gearhart, OR is a personal residence, there is no loss allowed on the disposition of the property.

Alternatively, based on the documentation you provided, the basis amount of the property, and the resulting loss, has been recomputed. The $971,988 reported loss should be reduced to a loss of $663,349.

**1.f. Itemized Deductions - Total**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $61,433.00 | $52,914.00 | $8,519.00 |
| 2012 | $33,525.00 | $25,520.00 | $8,005.00 |
| 2013 | $48,323.00 | $18,290.00 | $30,033.00 |
| 2014 | $45,066.00 | $44,902.00 | $164.00 |

Only the amount of medical expenses that exceeds a certain percentage of your adjusted gross income is deductible. Since your adjusted gross income has been changed, we have adjusted your medical expense deduction as shown in the accompanying computation.

Certain expenses deducted as miscellaneous itemized deductions are only deductible to the extent that they exceed a percentage of your adjusted gross income. Since we have made other changes in this report which affect your adjusted gross income, we have also adjusted these expenses.

**1.f. Itemized Deductions – Real Estate Taxes**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $4,330.00 | $2,756.00 | $1,574.00 |

Since $1,574 of the 2011 real estate taxes that you paid for the 202 3rd Street property located in Gearhart, OR are allocated to the buyer of the property, the above adjustment is required. The amount was reported by Ticor Title Co of OR-Tillamook Manzanita on Form 1099-S.

Form **886-A** (1-1994)     ———      Department of the Treasury - Internal Revenue Service

### 1.g. Sch E - Inc/Loss - Partnership

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | ($85,777.00) | $175,964.00 | $261,741.00 |
| 2013 | ($120,383.00) | $218,182.00 | $338,565.00 |
| 2014 | ($114,253.00) | $25,082.00 | $139,335.00 |

Since you did not establish that you had sufficient partnership basis to claim the reported Impact Medical LLC losses, the losses have been disallowed. The above per exam amounts are the guaranteed payments reported on your Schedules K-1. The UPE amounts are disallowed as you did not establish that the partnership agreement requires the partners to pay partnership expenses.

Alternatively, if it is established that you meet the insolvency exception under IRC Section 108(a), the excluded cancellation of debt income would reduce your tax attributes in 2011 and 2013. The reduction of tax attributes includes reducing the basis of your property (including your partnership interest) under IRC Section 108(b)(2)(E).

### 1.h. State Refunds, Credits, or Offsets

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $0.00 | $28,643.00 | $28,643.00 |

We have adjusted your income to include the amount shown on Form 1099-G, as reported by Oregon Department of Revenue. A refund of any part of your state income tax that you deducted in prior years, and which reduced your federal income tax in those years, is includible in income in the year you received the refund.

### 1.i. SE AGI Adjustment

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $0.00 | $9,181.00 | ($9,181.00) |
| 2013 | $0.00 | $9,971.00 | ($9,971.00) |
| 2014 | $0.00 | $1,772.00 | ($1,772.00) |

Your self-employment tax for the 2012 tax year has changed as a result of adjustments made to your net earnings from self-employment as shown in this report. The self-employment tax deduction has been adjusted based on the recomputed amount of tax as follows:

If the recomputed self-employment tax is $14,643.30 or less, the deduction is 57.51% of the recomputed self-employment tax. If the recomputed self-employment tax is more than $14,643.30, the deduction is 50% of the recomputed self-employment tax plus $1,100.00.

Your self-employment tax has changed as a result of adjustments made to your net earnings from self-employment as shown in this report. The self-employment tax deduction has been adjusted to one-half of the recomputed amount.

Form **886-A** (1-1994)           Department of the Treasury - Internal Revenue Service

## 1.j. Exemptions

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2013 | $23,400.00 | $0.00 | $23,400.00 |

The amount you can claim for your exemptions is reduced if your income is more than the dollar limit for your filing status. Your income is more than that limit, so we reduced the amount you can claim. We have attached a Personal Exemption Worksheet to show you how we figured the change.

## 6. Alt Min Tax

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $0.00 | $140.00 | $140.00 |

You have an alternative minimum tax liability only if your tentative minimum tax exceeds your regular tax liability. Tentative minimum tax is computed by first calculating your alternative minimum taxable income, which equals your regular taxable income increased by any tax preference items for the taxable year, and increased or decreased by adjustment items for the taxable year. Alternative minimum taxable income is then reduced by an exemption amount determined by filing status, which is subject to phase-out depending on the amount of your alternative minimum taxable income. The Married Filing Joint exemption amount for tax year 2012 is $78,750.

For taxable years after 1992, the remaining amount is subject to a 26 percent tax rate on the first $175,000 and 28 percent tax rate on any amount in excess of $175,000. A tentative minimum tax is then computed by reducing the amount determined in the preceding sentence by any allowable foreign tax credit. The alternative minimum tax liability is the amount by which tentative minimum tax exceeds regular tax liability.

## 10.b. Self Employment Tax

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $0.00 | $16,163.00 | $16,163.00 |
| 2013 | $0.00 | $19,942.00 | $19,942.00 |
| 2014 | $0.00 | $3,544.00 | $3,544.00 |

We have adjusted your self-employment tax due to a change in your net earnings from self-employment.

<table>
<tr><td>Form **886-A**<br/>(Rev. January<br/>1994)886-A</td><td>**EXPLANATION OF ITEMS**</td><td>Schedule number or exhibit<br/>5</td></tr>
<tr><td>Name of Taxpayer<br/>Edward J. & Shannon L. Duffy</td><td>Taxpayer Identification Number</td><td>Year/Period Ended<br/>2011 2012 2013 2014</td></tr>
</table>

### 13.a. American Opportunity Education Credit

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2012 | $90.00 | $0.00 | ($90.00) |
| 2013 | $90.00 | $0.00 | ($90.00) |

The amount you can claim for the American opportunity education credit is reduced if your income is more than the dollar limit for your filing status. Your income is more than that limit, so we reduced the amount you can claim. See also attached computation schedules.

### 13.c. Additional Child Tax Credit

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 2011 | $436.00 | $0.00 | ($436.00) |
| 2014 | $0.00 | $2,000.00 | $2,000.00 |

Because we changed your adjusted gross income and tax liability, we have also adjusted your additional child tax credit accordingly. See attached computation schedules.

### 17.a. Accuracy-Related Penalty - IRC §6662(a)

| Tax Period | Per Exam | Adjustment |
|---|---|---|
| 2011 | $63,716.00 | $63,716.00 |
| 2012 | $11,804.40 | $11,804.40 |
| 2013 | $39,647.80 | $39,647.80 |
| 2014 | $108.80 | $108.80 |

You are liable for the accuracy-related penalty imposed under section 6662 of the Internal Revenue Code. You have not shown you had reasonable cause for the underpayment of tax or any exceptions to the penalty. The penalty is twenty percent (20%) of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

Substantial Understatement of Income Tax
It is determined that all or a portion of the underpayment of tax is a substantial understatement of income tax, since the resulting understatement of tax exceeds the greater of ten percent (10%) of the tax required to be shown on the return or $5,000.

Negligence
In the alternative, it is determined that all or a portion of the underpayment of tax is due to negligence. Negligence is defined as a failure to make a reasonable attempt to comply with the provisions of the Internal Revenue Code or to exercise ordinary and reasonable care in the preparation of a tax return. It also includes a failure to keep proper books and records or to properly substantiate claimed items.

Form **886-A** (1-1994)    Department of the Treasury - Internal Revenue Service

## 2009  - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 7.5% of adjusted gross income | 0.00 | 20,663.93 |  |
| 3. Net medical and dental expenses | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 25,127.00 | 25,127.00 | 0.00 |
| 5. Home interest expense | 60,508.00 | 60,508.00 | 0.00 |
| 6. Qualified mortgage insurance premiums | 0.00 | 0.00 | 0.00 |
| 7. Investment interest | 14.00 | 14.00 | 0.00 |
| 8. Other interest expense | 0.00 | 0.00 | 0.00 |
| 9. Total interest expense | 60,522.00 | 60,522.00 | 0.00 |
| 10. Contributions | 6,040.00 | 6,040.00 | 0.00 |
| 11. Casualty and theft losses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions | 20,869.00 | 20,869.00 | 0.00 |
| 13.  2% of adjusted gross income | 0.00 | 5,510.00 |  |
| 14. Excess miscellaneous deductions | 20,869.00 | 15,359.00 | 5,510.00 |
| 15. Other miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions (Sum of lines 3, 4, 9, 10, 11, 14, and 15 less any applicable limitation) | 112,558.00 | 105,961.00 | 6,597.00 |

**ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM**

| | |
|---|---|
| A. Total of lines 3, 4, 9, 10, 11, 14, and 15 | 107,048.00 |
| B. Total of lines 3, 7, 11, (plus any gambling losses included on line 15) | 14.00 |
| C. Line A less line B | 107,034.00 |
| D. Multiply the amount on line C by 80% | 85,627.00 |
| E. Adjusted gross income | 275,519.00 |
| F. Itemized deduction limitation | 166,800.00 |
| G. Line E less line F | 108,719.00 |
| H. Multiply the amount on line G by 3% | 3,262.00 |
| I. Enter the smaller of line D or line H | 3,262.00 |
| J. Divide line I by 1.5 | 2,174.67 |
| K. Subtract line J from line I | 1,087.33 |
| L. Total itemized deductions (entered on line 16 above) | 105,961.00 |

Name of Taxpayer:    Edward J. & Shannon L. Duffy
Identification Number:                              Total                    01/12/2016
                                                                             16.20.00

## 2010 - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 4,687.00 | 4,687.00 | |
| 2. 7.5% of adjusted gross income | 8,106.00 | 19,974.30 | 0.00 |
| 3. Net medical and dental expenses | 0.00 | 0.00 | |
| 4. Taxes | 21,399.00 | 21,399.00 | 0.00 |
| 5. Home interest expense | 60,415.00 | 60,415.00 | 0.00 |
| 6. Qualified mortgage insurance premiums | 0.00 | 0.00 | 0.00 |
| 7. Investment interest | 0.00 | 0.00 | 0.00 |
| 8. Other interest expense | 0.00 | 0.00 | 0.00 |
| 9. Total interest expense | 60,415.00 | 60,415.00 | 0.00 |
| 10. Contributions | 8,197.00 | 8,197.00 | 0.00 |
| 11. Casualty and theft losses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions | 17,022.00 | 17,022.00 | 0.00 |
| 13. 2% of adjusted gross income | 2,162.00 | 5,326.00 | |
| 14. Excess miscellaneous deductions | 14,860.00 | 11,696.00 | 3,164.00 |
| 15. Other miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions | | | |
| (Sum of lines 3, 4, 9, | | | |
| 10, 11, 14, and 15) | 104,871.00 | 101,707.00 | 3,164.00 |

| Name of Taxpayer: | Edward J. & Shannon L. Duffy | | 01/12/2016 |
| Identification Number: | | Total | 16.20.00 |

## 2009 - PERSONAL EXEMPTION WORKSHEET

|   |   |
|---|---|
| 1. Maximum additional exemption amount | 2,000.00 |
| 2. Amount from prior year's Form 8914, line 2 | |
| 3. Subtract line 2 from line 1 | |
| 4. Multiply $500 by the total number of displaced individuals listed in Part I of Form 8914 | 0.00 |
|    (Maximum amount is $2,000; $1,000 if married filing separately) | |
| 5. Smaller of line 3 or line 4 | |
| 6. Multiply $ 3,650.00  by the total number of exemptions claimed | 21,900.00 |
| 7. Add lines 5 and 6 | |
| 8. Adjusted gross income | 275,519.00 |
| 9. Limitation based on filing status | 250,200.00 |
|    NOTE: If line 8 is not greater than line 9, STOP; | |
|    enter amount from line 7 on line 17 below | |
| 10. Subtract line 9 from line 8 | 25,319.00 |
| 11. If line 10 is more than $122,500 ($61,250 if married filing separately), | 0.00 |
|    multiply $ 2,433.00   by the total number of exemptions claimed; | |
|    otherwise, skip line 12 and go to line 13 | |
| 12. Add lines 5 and 11 and enter the amount on line 17 below; | 0.00 |
|    do not complete the rest of the worksheet | |
| 13. Divide line 10 by $2,500 ($1,250 if married filing separately) | 11.00 |
|    (If result is not a whole number, increase to next whole number) | |
| 14. Multiply line 13 by 2% and enter the result as a decimal rounded to at least three places | 0.22 |
| 15. Multiply line 6 by line 14 | 4,818.00 |
| 16. Divide line 15 by 3.0 | 1,606.00 |
| 17. Deduction for exemptions | 20,294.00 |
|    (subtract line 16 from line 7; or the amount from line 9 or line 12 above) | |

### 2009 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 169,558.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 39,399.00 |
| 3. Net operating loss deduction | 274,002.00 |
| 4. Alternative tax net operating loss deduction | (274,002.00) |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 208,957.00 |
| 6. Exemption amount | 56,211.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 152,746.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 39,714.00 |
| 9. Alternative minimum tax foreign tax credit | 0.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 39,714.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 30,057.00 |
| 12. Alternative minimum tax | 9,657.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---:|
| A. Exemption amount based on filing status | 70,950.00 |
| B. Alternative minimum taxable income | 208,957.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 150,000.00 |
| D. Subtract line C from line B | 58,957.00 |
| E. Multiply line D by 25% | 14,739.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 56,211.00 |

### 2009 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
| --- | --- |
| 1. Amount from Form 6251 report, line 7 | 152,746.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 0.00 |
| 5. Smaller of line 1 or line 4 | 0.00 |
| 6. Subtract line 5 from line 1 | 152,746.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 39,714.00 |
| 8. Enter: | |
| $67,900 if married filing jointly or qualifying widow(er) | |
| $33,950 if single or married filing separately | 67,900.00 |
| $45,500 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 0.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 67,900.00 |
| 11. Smaller of line 1 or line 2 | 0.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 0.00 |
| 14. Multiply line 13 by 15% | 0.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 39,714.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 39,714.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 39,714.00 |

## 2010 - Form 6251 - Alternative Minimum Tax Computation

| | |
| --- | --- |
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 164,617.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 33,095.00 |
| 3. Net operating loss deduction | 144,268.00 |
| 4. Alternative tax net operating loss deduction | (144,268.00) |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 197,712.00 |
| 6. Exemption amount | 60,522.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 137,190.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 35,669.00 |
| 9. Alternative minimum tax foreign tax credit | 0.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 35,669.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 28,204.00 |
| 12. Alternative minimum tax | 7,465.00 |

### Exemption Worksheet (line 6 above)

| | |
| --- | --- |
| A. Exemption amount based on filing status | 72,450.00 |
| B. Alternative minimum taxable income | 197,712.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 150,000.00 |
| D. Subtract line C from line B | 47,712.00 |
| E. Multiply line D by 25% | 11,928.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 60,522.00 |

| Name of Taxpayer: | Edward J. & Shannon L. Duffy | | 01/12/2016 |
|---|---|---|---|
| Identification Number: | | Total | 16.20.00 |

### 2010 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---|
| 1. Amount from Form 6251 report, line 7 | 137,190.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 0.00 |
| 5. Smaller of line 1 or line 4 | 0.00 |
| 6. Subtract line 5 from line 1 | 137,190.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 35,669.00 |
| 8. Enter: | |
| $68,000 if married filing jointly or qualifying widow(er) | |
| $34,000 if single or married filing separately | 68,000.00 |
| $45,550 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 0.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 68,000.00 |
| 11. Smaller of line 1 or line 2 | 0.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 0.00 |
| 14. Multiply line 13 by 15% | 0.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 35,669.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 35,669.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 35,669.00 |

| Form 886-A<br>(Rev. January 1994) | EXPLANATION OF ITEMS | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>　　　Duffy, Edward J. & Shannon L. | | Tax Identification Number | Year/Period ended |

Adjustment(s) to Prepayment Credit(s) Subject to
Deficiency (Form 4549 series Line 13a or Form
5278 Line 20a):

| | 2009 | 2010 |
|---|---|---|
| Make work pay/government retiree credit | (800.00) | (800.00) |

| Total Adjustment Amount: | (800.00) | (800.00) |
|---|---|---|

Adjustment(s) to Prepayment Credit(s) Not
Subject to Deficiency (Form 4549 series Line 15
or Form 5278 Line 22):

| | 2009 | 2010 |
|---|---|---|

Total Adjustment Amount:

Form 886-A (1-1994)　　　　　Department of the Treasury-Internal Revenue Service

## 2009 - MAKING WORK PAY AND GOVERNMENT RETIREE CREDITS

| | |
|---|---:|
| 1a. Earned income amount (if current year wages are more than minimum amount, skip lines 1a through 3 and enter $400 on line 4 ($800 if married filing jointly)) | 261,167.00 |
| 1b. Nontaxable combat pay included in line 1a | 0.00 |
| 2. Multiply line 1a by .062 | 16,192.00 |
| 3. Enter $400 ($800 if married filing jointly) | 800.00 |
| 4. Smaller of line 2 or line 3 | 800.00 |
| 5. Adjusted gross income | 275,519.00 |
| 6. Enter $75,000 ($150,000 if married filing jointly) | 150,000.00 |
| 7. Subtract line 6 from line 5 (if zero or less, skip line 8) | 125,519.00 |
| 8. Multiply line 7 by .02 | 2,510.00 |
| 9. Subtract line 8 from line 4 (if zero or less, enter -0-) | 0.00 |
| 10. Economic recovery payment amount received for current year | 0.00 |
| 11. Government pension payment amount received for current year | 0.00 |
| 12. Add lines 10 and 11 | 0.00 |
| 13. Subtract line 12 from line 9 (if zero or less, enter -0-) | 0.00 |
| 14. Making work pay and government retiree credits (add lines 11 and 13) | 0.00 |

Name of Taxpayer: Edward J. & Shannon L. Duffy
Identification Number:                                      Total                        01/12/2016
                                                                                          16.20.00

## 2010 - MAKING WORK PAY CREDIT

| | |
|---|---:|
| 1a. Earned income amount (*see below) | 202,356.00 |
| 1b. Nontaxable combat pay included in line 1a | 0.00 |
| 2. Multiply line 1a by .062 | 12,546.00 |
| 3. Enter $400 ($800 if married filing jointly) | 800.00 |
| 4. Smaller of line 2 or line 3 | 800.00 |
| 5. Adjusted gross income | 266,324.00 |
| 6. Enter $75,000 ($150,000 if married filing jointly) | 150,000.00 |
| 7. Subtract line 6 from line 5 (if zero or less, skip line 8 and enter amount from line 4 on line 9) | 116,324.00 |
| 8. Multiply line 7 by .02 | 2,326.00 |
| 9. Subtract line 8 from line 4 (if zero or less, enter -0-) | 0.00 |
| 10. Economic recovery payment amount received for current year | 0.00 |
| 11. Making work pay credit.  Subtract line 10 from line 9 (if zero or less, enter -0-) | 0.00 |

\* Enter earned income amount on line 1a if any of the following conditions apply:
   Net loss from business;
   Taxable scholarship or fellowship grant not reported on Form W-2;
   Wages include pay for work performed while an inmate in a penal institution;
   Received pension or annuity from a nonqualified deferred compensation plan or nongovernmental section 457 plan;
   Filing Form 2555 or 2555-EZ.
If current year wages are more than minimum amount, skip lines 1a through 3 and enter $400
   ($800 if married filing jointly) on line 4 and go to line 5; otherwise, enter earned income amount on line 1a

### 2009 - Child Tax Credit and Form 8812 Additional Child Tax Credit

| | |
|---|---:|
| 1. Amount of credit based on qualifying children | 4,000.00 |
| 2. Modified AGI | 275,519.00 |
| 3. Limitation based on filing status ($110,000 if married filing jointly; $75,000 if single, head of household, or qualifying widow(er); $55,000 if married filing separate) | 110,000.00 |
| 4. Subtract line 3 from line 2 (if zero or less, enter -0-) | 166,000.00 |
| 5. Multiply line 4 by .05 | 8,300.00 |
| 6. Subtract line 5 from line 1 (if zero or less, no credit is allowed) | 0.00 |
| 7. Corrected tax before allowable credits | 0.00 |
| 8. Credit limitation | 0.00 |
| 9. Subtract line 8 from line 7 | 0.00 |
| 10. Child tax credit (smaller of lines 6 or 9) | 0.00 |

### Form 8812 - Additional Child Tax Credit

| | |
|---|---:|
| 1. Amount from line 1 above (or amount of credit after modified AGI reduction) | 0.00 |
| 2. Child tax credit allowed (line 10 above) | 0.00 |
| 3. Subtract line 2 from line 1 (if zero or less, no credit is allowed) | 0.00 |
| 4a. Earned income | |
| 4b. Nontaxable combat pay included on line 4a | |
| 5. If the amount on line 4a is more than $3,000, subtract $3,000 from line 4a (if line 4a is less than $3,000, then line 5 equals zero) | |
| 6. Multiply the amount on line 5 by 15% | |
| 7. Enter the total of the withheld social security and Medicare taxes | |
| 8. One-half of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare, or RRTA taxes | |
| 9. Total of line 7 and line 8 | |
| 10. Earned income credit and excess social security and RRTA taxes withheld | |
| 11. Subtract line 10 from line 9 (if zero or less, enter -0-) | |
| 12. Larger of line 6 or line 11 | |
| 13. Additional child tax credit (smaller of lines 3 or 12) | |

### 2010 - Child Tax Credit and Form 8812 Additional Child Tax Credit

| | |
|---|---:|
| 1. Amount of credit based on qualifying children | 4,000.00 |
| 2. Modified AGI | 266,324.00 |
| 3. Limitation based on filing status ($110,000 if married filing jointly; $75,000 if single, head of household, or qualifying widow(er); $55,000 if married filing separate) | 110,000.00 |
| 4. Subtract line 3 from line 2 (if zero or less, enter -0-) | 157,000.00 |
| 5. Multiply line 4 by .05 | 7,850.00 |
| 6. Subtract line 5 from line 1 (if zero or less, no credit is allowed) | 0.00 |
| 7. Corrected tax before allowable credits | 0.00 |
| 8. Credit limitation | 0.00 |
| 9. Subtract line 8 from line 7 | 0.00 |
| 10. Child tax credit (smaller of lines 6 or 9) | 0.00 |

### Form 8812 - Additional Child Tax Credit

| | |
|---|---:|
| 1. Amount from line 1 above (or amount of credit after modified AGI reduction) | 0.00 |
| 2. Child tax credit allowed (line 10 above) | 0.00 |
| 3. Subtract line 2 from line 1 (if zero or less, no credit is allowed) | 0.00 |
| 4a. Earned income | |
| 4b. Nontaxable combat pay included on line 4a | |
| 5. If the amount on line 4a is more than $3,000, subtract $3,000 from line 4a (if line 4a is less than $3,000, then line 5 equals zero) | |
| 6. Multiply the amount on line 5 by 15% | |
| 7. Enter the total of the withheld social security and Medicare taxes | |
| 8. One-half of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare, or RRTA taxes | |
| 9. Total of line 7 and line 8 | |
| 10. Earned income credit and excess social security and RRTA taxes withheld | |
| 11. Subtract line 10 from line 9 (if zero or less, enter -0-) | |
| 12. Larger of line 6 or line 11 | |
| 13. Additional child tax credit (smaller of lines 3 or 12) | |

### Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty - Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 11 below is attributable to one or more of the following:

    (1) Negligence or disregard of rules or regulations;
    (2) Substantial understatement of income tax;
    (3) Substantial valuation misstatement (overstatement);
    (4) Transaction lacking economic substance.

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | | |
|---|---|---|
| 1. Total tax as corrected | | 39,714.00 |
| 2. Less: Total refundable credits as corrected | | 0.00 |
| 3. Net tax due after allowable refundable credits (Line 1 less line 2) (not less than 0.00) | | 39,714.00 |
| 4. Total tax per return | | 0.00 |
| 5. Total refundable credits per return | | 4,800.00 |
| 6. Net tax less refundable credits per return (Line 4 less line 5) (not less than 0.00) | | 0.00 |
| 7. Net tax due in excess of net tax per return (Line 3 less line 6) | | 39,714.00 |
| 8. Adjustments to prepayment credits – increase (decrease) | | 0.00 |
| 9. Tax due after adjustment to prepayment credits (line 7 less line 8) | | 39,714.00 |
| 10. Less: Refunds held in excess of refundable credits per return less tax per return | | |
|     10a. Frozen refunds | 0.00 | |
|     10b. Refundable credits per return less tax per return (not less than 0.00) | 4,800.00 | |
|     10c. Net refunds held in excess of refundable credits per return less tax per return (Line 10a less line 10b) (not less than 0.00) | | 0.00 |
| 11. Underpayment to which Section 6662(a) applies (Line 9 less line 10c) (not less than 0.00) | | 39,714.00 |
| 12. Applicable penalty rate | | 20.00% |
| 13. Section 6662(a) accuracy-related penalty (line 11 multiplied by line 12) | | 7,942.80 |
| 14. Less: Previously assessed/previously agreed Section 6662(a) penalty | | 0.00 |
| 15. Total Section 6662(a) accuracy-related penalty (Line 13 less line 14) | | 7,942.80 |

RGS Version 16.20.00      Date Tax Computation Last Generated 01/12/2016

In Re Duffy,      Motion for Relief from Stay      Exhibit 1, Page 33 of 58
18-33339-tmb13      Case 18-33339-tmb13      Doc 27      Filed 10/18/18

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty - Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 11 below is attributable to one or more of the following:

(1) Negligence or disregard of rules or regulations;
(2) Substantial understatement of income tax;
(3) Substantial valuation misstatement (overstatement);
(4) Transaction lacking economic substance.

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | | |
|---|---|---|
| 1. Total tax as corrected | | 41,669.00 |
| 2. Less: Total refundable credits as corrected | | 0.00 |
| 3. Net tax due after allowable refundable credits (Line 1 less line 2) (not less than 0.00) | | 41,669.00 |
| 4. Total tax per return | | 6,000.00 |
| 5. Total refundable credits per return | | 4,800.00 |
| 6. Net tax less refundable credits per return (Line 4 less line 5) (not less than 0.00) | | 1,200.00 |
| 7. Net tax due in excess of net tax per return (Line 3 less line 6) | | 40,469.00 |
| 8. Adjustments to prepayment credits -- increase (decrease) | | 0.00 |
| 9. Tax due after adjustment to prepayment credits (line 7 less line 8) | | 40,469.00 |
| 10. Less: Refunds held in excess of refundable credits per return less tax per return | | |
| 10a. Frozen refunds | 0.00 | |
| 10b. Refundable credits per return less tax per return (not less than 0.00) | 0.00 | |
| 10c. Net refunds held in excess of refundable credits per return less tax per return (Line 10a less line 10b) (not less than 0.00) | | 0.00 |
| 11. Underpayment to which Section 6662(a) applies (Line 9 less line 10c) (not less than 0.00) | | 40,469.00 |
| 12. Applicable penalty rate | | 20.00% |
| 13. Section 6662(a) accuracy-related penalty (line 11 multiplied by line 12) | | 8,093.80 |
| 14. Less: Previously assessed/previously agreed Section 6662(a) penalty | | 0.00 |
| 15. Total Section 6662(a) accuracy-related penalty (Line 13 less line 14) | | 8,093.80 |

## 2011 - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 17,185.00 | 17,185.00 | 0.00 |
| 2. 7.5% of adjusted gross income | 0.00 | 80,263.35 |  |
| 3. Net medical and dental expenses | 17,185.00 | 0.00 | 17,185.00 |
| 4. Taxes | 5,703.00 | 4,129.00 | 1,574.00 |
| 5. Home interest expense | 36,481.00 | 36,481.00 | 0.00 |
| 6. Qualified mortgage insurance premiums | 0.00 | 0.00 | 0.00 |
| 7. Investment interest | 1,584.00 | 1,584.00 | 0.00 |
| 8. Other interest expense | 0.00 | 0.00 | 0.00 |
| 9. Total interest expense | 38,065.00 | 38,065.00 | 0.00 |
| 10. Contributions | 0.00 | 10,720.00 | (10,720.00) |
| 11. Casualty and theft losses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions | 480.00 | 480.00 | 0.00 |
| 13. 2% of adjusted gross income | 0.00 | 21,404.00 |  |
| 14. Excess miscellaneous deductions | 480.00 | 0.00 | 480.00 |
| 15. Other miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions | | | |
| (Sum of lines 3, 4, 9, | | | |
| 10, 11, 14, and 15) | 61,433.00 | 52,914.00 | 8,519.00 |

## 2012 - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 10,939.00 | 10,939.00 | 0.00 |
| 2. 7.5% of adjusted gross income | 0.00 | 18,320.48 |  |
| 3. Net medical and dental expenses | 10,939.00 | 0.00 | 10,939.00 |
| 4. Taxes | 5,887.00 | 5,887.00 | 0.00 |
| 5. Home interest expense | 14,720.00 | 14,720.00 | 0.00 |
| 6. Qualified mortgage insurance premiums | 0.00 | 0.00 | 0.00 |
| 7. Investment interest | 569.00 | 569.00 | 0.00 |
| 8. Other interest expense | 0.00 | 0.00 | 0.00 |
| 9. Total interest expense | 15,289.00 | 15,289.00 | 0.00 |
| 10. Contributions | 0.00 | 4,344.00 | (4,344.00) |
| 11. Casualty and theft losses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions | 1,410.00 | 1,410.00 | 0.00 |
| 13. 2% of adjusted gross income | 0.00 | 4,885.00 |  |
| 14. Excess miscellaneous deductions | 1,410.00 | 0.00 | 1,410.00 |
| 15. Other miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions (Sum of lines 3, 4, 9, 10, 11, 14, and 15) | 33,525.00 | 25,520.00 | 8,005.00 |

## 2013 - SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 23,687.00 | 23,687.00 | 0.00 |
| 2. 10.0% of adjusted gross income | 0.00 | 60,074.10 | |
| 3. Net medical and dental expenses | 23,687.00 | 0.00 | 23,687.00 |
| 4. Taxes | 7,012.00 | 7,012.00 | 0.00 |
| 5. Home interest expense | 16,494.00 | 16,494.00 | 0.00 |
| 6. Qualified mortgage insurance premiums | 0.00 | 0.00 | 0.00 |
| 7. Investment interest | 0.00 | 0.00 | 0.00 |
| 8. Other interest expense | 0.00 | 0.00 | 0.00 |
| 9. Total interest expense | 16,494.00 | 16,494.00 | 0.00 |
| 10. Contributions | 0.00 | 3,806.00 | (3,806.00) |
| 11. Casualty and theft losses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions | 1,130.00 | 1,130.00 | 0.00 |
| 13. 2% of adjusted gross income | 0.00 | 12,015.00 | |
| 14. Excess miscellaneous deductions | 1,130.00 | 0.00 | 1,130.00 |
| 15. Other miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions (Sum of lines 3, 4, 9, 10, 11, 14, and 15 less any applicable limitation) | 48,323.00 | 18,290.00 | 30,033.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

| | |
|---|---|
| A Total of lines 3, 4, 9, 10, 11, 14, and 15 above | 27,312.00 |
| B Total of lines 3, 7, and 11, (plus any gambling and casualty or theft losses on line 15 above) | 0.00 |
| C Line A less line B | 27,312.00 |
| D Multiply the amount on line C by 80% | 21,850.00 |
| E Adjusted gross income | 600,741.00 |
| F Itemized deduction limitation based on filing status | 300,000.00 |
| G Line E less line F | 300,741.00 |
| H Multiply the amount on line G by 3% | 9,022.00 |
| I Enter the smaller of line D or line H | 9,022.00 |
| J Total itemized deductions (Line A less line I, entered on line 16 per exam column above) | 18,290.00 |

Name of Taxpayer: Edward J. & Shannon L. Duffy          01/13/2016
Identification Number:                    Total           16.20.00

## 2014 - SCHEDULE A - ITEMIZED DEDUCTIONS

|  | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 25,082.00 | 25,082.00 | 0.00 |
| 2. 10.0% of adjusted gross income | 0.00 | 2,247.20 |  |
| 3. Net medical and dental expenses | 25,082.00 | 22,834.80 | 2,247.20 |
| 4. Taxes | 7,661.00 | 7,661.00 | 0.00 |
| 5. Home interest expense | 12,323.00 | 12,323.00 | 0.00 |
| 6. Qualified mortgage insurance premiums | 0.00 | 0.00 | 0.00 |
| 7. Investment interest | 0.00 | 0.00 | 0.00 |
| 8. Other interest expense | 0.00 | 0.00 | 0.00 |
| 9. Total interest expense | 12,323.00 | 12,323.00 | 0.00 |
| 10. Contributions | 0.00 | 2,083.00 | (2,083.00) |
| 11. Casualty and theft losses | 0.00 | 0.00 | 0.00 |
| 12. Miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 13. 2% of adjusted gross income | 0.00 | 449.00 |  |
| 14. Excess miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 15. Other miscellaneous deductions | 0.00 | 0.00 | 0.00 |
| 16. Total itemized deductions (Sum of lines 3, 4, 9, 10, 11, 14, and 15 less any applicable limitation) | 45,066.00 | 44,902.00 | 164.00 |

## ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM

|  |  |
|---|---|
| A Total of lines 3, 4, 9, 10, 11, 14, and 15 above | 44,901.80 |
| B Total of lines 3, 7, and 11, (plus any gambling and casualty or theft losses on line 15 above) | 22,834.80 |
| C Line A less line B | 22,067.00 |
| D Multiply the amount on line C by 80% | 17,654.00 |
| E Adjusted gross income | 22,472.00 |
| F Itemized deduction limitation based on filing status | 305,050.00 |
| G Line E less line F | 0.00 |
| H Multiply the amount on line G by 3% | 0.00 |
| I Enter the smaller of line D or line H | 0.00 |
| J Total itemized deductions (Line A less line I, entered on line 16 per exam column above) | 44,902.00 |

Name of Taxpayer:  Edward J. & Shannon L. Duffy                          01/13/2016
Identification Number:                          Total                    16.20.00

## 2013 - PERSONAL EXEMPTION WORKSHEET

1. Multiply $3,900 by the total number of exemptions claimed          23,400.00
2. Adjusted gross income                                            600,741.00
3. Limitation based on filing status                                300,000.00
   NOTE: If line 2 is not greater than line 3, STOP;
   enter amount from line 1 on line 8 below
4. Subtract line 3 from line 2                                      300,741.00
   If line 4 is less than zero or more than $122,500 ($61,250 if married filing separately),
   then STOP; enter 0.00 on line 8
5. Divide line 4 by $2,500 ($1,250 if married filing separately)          0.00
   (If result is not a whole number, increase to next whole number)
6. Multiply line 5 by 2% and enter the result as a decimal                0.00
7. Multiply line 1 by line 6                                              0.00
8. Deduction for exemptions                                               0.00
   (subtract line 7 from line 1; or amount from line 1 or 0.00, if applicable)

| Name of Taxpayer: | Edward J. & Shannon L. Duffy | | 01/13/2016 |
|---|---|---|---|
| Identification Number: | | Total | 16.20.00 |

## 2012 - Qualified Dividends and Capital Gain Tax Worksheet

1. Enter the taxable income from Form 1040, line 43, or the amount from
   Foreign Earned Income Tax Worksheet, line 3, if filing Form 2555 or 2555-EZ        195,953.00
2. Enter the qualified dividends from Form 1040, line 9b        132.00
3. If filing Schedule D, enter the smaller line 15 or line 16 of Schedule D, but do not enter
   less than -0-. Otherwise, enter the amount from Form 1040, line 13        0.00
4. Add lines 2 and 3        132.00
5. If filing Form 4952, enter the amount, if any, from line 4g of Form 4952. Otherwise, enter -0-        0.00
6. Subtract line 5 from line 4. If zero or less, enter -0-        132.00
7. Subtract line 6 from line 1. If zero or less, enter -0-        195,821.00
8. Enter:
   $35,350 if single or married filing separately;
   $70,700 if married filing jointly or qualifying widow(er); or
   $47,350 if head of household        70,700.00
9. Enter the smaller of line 1 or line 8        70,700.00
10. Enter the smaller of line 7 or line 9        70,700.00
11. Subtract line 10 from line 9. This amount is taxed at 0%        0.00
12. Enter the smaller of line 1 or line 6        132.00
13. Enter the amount from line 11        0.00
14. Subtract line 13 from line 12        132.00
15. Multiply line 14 by 15% (.15)        20.00
16. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000,
    use the Tax Table to figure this tax. If the amount on line 7 is $100,000 or more,
    use the Tax Computation Worksheet        42,609.00
17. Add lines 15 and 16        42,629.00
18. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000,
    use the Tax Table to figure this tax. If the amount on line 1 is $100,000 or more,
    use the Tax Computation Worksheet        42,646.00
19. Tax on all taxable income. Enter the smaller of line 17 or line 18
    Also include this amount on Form 1040, line 44, or
    Foreign Earned Income Tax Worksheet, line 4, if applicable        42,629.00

Name of Taxpayer: Edward J. & Shannon L. Duffy        01/13/2016
Identification Number:                  Total        16.20.00

## 2012 - Form 6251 - Alternative Minimum Tax Computation

1. If filing Schedule A, enter taxable income before exemptions;
   otherwise, enter adjusted gross income        218,753.00
2. Total adjustment and preferences (excluding any NOL deduction)        5,887.00
3. Net operating loss deduction        0.00
4. Alternative tax net operating loss deduction        0.00
5. Alternative minimum taxable income (combine lines 1 thru 4)        224,640.00
6. Exemption amount        60,090.00
7. Subtract line 6 from line 5 (if zero or less, enter zero)        164,550.00
8. If capital gains are reported, see line 19 from continuation page
   (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead)
   All others:
   If line 7 is $175,000 or less ($87,500 if MFS) multiply
   line 7 by 26%. Otherwise, multiply line 7 by 28% and
   subtract $3,500 ($1,750 if MFS) from the result        42,769.00
9. Alternative minimum tax foreign tax credit        0.00
10. Tentative minimum tax (line 8 less line 9)        42,769.00
11. Regular tax before credits (if Schedule J was used to figure tax,
    use the refigured amounts for lines 44 and 47 of Form 1040
    without using Schedule J)        42,629.00
12. Alternative minimum tax        140.00

### Exemption Worksheet (line 6 above)

A. Exemption amount based on filing status        78,750.00
B. Alternative minimum taxable income        224,640.00
C. Enter $112,500 ($150,000 if married filing jointly or
   qualifying widow(er), $75,000 if married filing separately)        150,000.00
D. Subtract line C from line B        74,640.00
E. Multiply line D by 25%        18,660.00
F. Subtract line E from line A (if zero or less, enter zero)        60,090.00

| Name of Taxpayer: | Edward J. & Shannon L. Duffy | | 01/13/2016 |
|---|---|---|---|
| Identification Number: | | Total | 16.20.00 |

### 2012 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | | |
|---|---|---|
| 1. Amount from Form 6251 report, line 7 | | 164,550.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | | 132.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | | 132.00 |
| 5. Smaller of line 1 or line 4 | | 132.00 |
| 6. Subtract line 5 from line 1 | | 164,418.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | | |
| from the result | | 42,749.00 |
| 8. Enter: | | |
| $70,700 if married filing jointly or qualifying widow(er) | | |
| $35,350 if single or married filing separately | | 70,700.00 |
| $47,350 if head of household | | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | | |
| or line 14 Schedule D Tax Worksheet | | 195,821.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | | 0.00 |
| 11. Smaller of line 1 or line 2 | | 132.00 |
| 12. Smaller of line 10 or line 11 | | 0.00 |
| 13. Subtract line 12 from line 11 | | 132.00 |
| 14. Multiply line 13 by 15% | | 20.00 |
| 15. Subtract line 11 from line 5 | | 0.00 |
| 16. Multiply line 15 by 25% | | 0.00 |
| 17. Total of lines 7, 14 and 16 | | 42,769.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | | |
| from the result | | 42,783.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | | 42,769.00 |

Name of Taxpayer: Edward J. & Shannon L. Duffy
Identification Number: 01/13/2016
Total 16.20.00

## 2012 - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

**Primary**
Edward J. Duffy                                         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

| | |
|---|---:|
| 1. Self-employment income | 175,964.00 |
| 2. Multiply line 1 by 92.35% | 162,502.75 |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 162,502.75 |
| 6. Maximum earnings subject to social security | 110,100.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 110,100.00 |
| 12. Multiply the smaller of line 5 or 11 by 10.40% | 11,450.40 |
| 13. Multiply line 5 by 2.90% | 4,712.58 |
| 14. Self-employment tax (sum of lines 12 and 13) | 16,162.98 |

**Secondary**
Shannon L. Duffy                                         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

| | |
|---|---:|
| 1. Self-employment income | (4,705.00) |
| 2. Multiply line 1 by 92.35% | (4,705.00) |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 110,100.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 110,100.00 |
| 12. Multiply the smaller of line 5 or 11 by 10.40% | 0.00 |
| 13. Multiply line 5 by 2.90% | 0.00 |
| 14. Self-employment tax (sum of lines 12 and 13) | 0.00 |

## 2013 — SCHEDULE SE — COMPUTATION OF SELF-EMPLOYMENT TAX

**Primary**
Edward J. Duffy                                                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

| | |
|---|---:|
| 1. Self-employment income | 218,182.00 |
| 2. Multiply line 1 by 92.35% | 201,491.08 |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 201,491.08 |
| 6. Maximum earnings subject to social security | 113,700.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 113,700.00 |
| 12. Multiply the smaller of line 5 or 11 by 12.40% | 14,098.80 |
| 13. Multiply line 5 by 2.90% | 5,843.24 |
| 14. Self-employment tax (sum of lines 12 and 13) | 19,942.04 |

**Secondary**
Shannon L. Duffy                                              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

| | |
|---|---:|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 113,700.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 0.00 |
| 12. Multiply the smaller of line 5 or 11 by 12.40% | 0.00 |
| 13. Multiply line 5 by 2.90% | 0.00 |
| 14. Self-employment tax (sum of lines 12 and 13) | 0.00 |

Name of Taxpayer: Edward J. & Shannon L. Duffy                 01/13/2016
Identification Number:                          Total          16.20.00

## 2014 - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

**Primary**
Edward J. Duffy                                                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

| | |
|---|---:|
| 1. Self-employment income | 25,082.00 |
| 2. Multiply line 1 by 92.35% | 23,163.23 |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 23,163.23 |
| 6. Maximum earnings subject to social security | 117,000.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 117,000.00 |
| 12. Multiply the smaller of line 5 or 11 by 12.40% | 2,872.24 |
| 13. Multiply line 5 by 2.90% | 671.73 |
| 14. Self-employment tax (sum of lines 12 and 13) | 3,543.97 |

**Secondary**
Shannon L. Duffy                                               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

| | |
|---|---:|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 117,000.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 0.00 |
| 12. Multiply the smaller of line 5 or 11 by 12.40% | 0.00 |
| 13. Multiply line 5 by 2.90% | 0.00 |
| 14. Self-employment tax (sum of lines 12 and 13) | 0.00 |

| Form 886-A<br>(Rev. January 1994) | **EXPLANATION OF ITEMS** | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer<br>Duffy, Edward J. & Shannon L. | | Tax Identification Number | Year/Period ended |

Adjustment(s) to Prepayment Credit(s) Subject to
Deficiency (Form 4549 series Line 13a or Form
5278 Line 20a):

| | 2012 | 2013 |
|---|---|---|
| American opportunity credit | (90.00) | (90.00) |
| | | |
| Total Adjustment Amount: | (90.00) | (90.00) |

Adjustment(s) to Prepayment Credit(s) Not
Subject to Deficiency (Form 4549 series Line 15
or Form 5278 Line 22):

| | 2012 | 2013 |
|---|---|---|
| | | |
| Total Adjustment Amount: | | |

| Form 886-A (1-1994) | Department of the Treasury-Internal Revenue Service |
|---|---|

## 2012 - FORM 8863 - EDUCATION CREDITS

**PART III - TENTATIVE CREDITS**

AMERICAN OPPORTUNITY CREDIT

| a. STUDENT SSN | b. QUALIFIED EXPENSES (Max. $4,000) | c. SUBTRACT $2,000 FROM QUALIFIED EXPENSES | d. MULTIPLY COLUMN (c) BY 25% | e. IF COLUMN (c) IS ZERO, ENTER AMOUNT FROM COLUMN (b); OTHERWISE, ADD $2,000 TO AMOUNT IN COLUMN (d) |
|---|---|---|---|---|
| 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 | 226.00 | 0.00 | 0.00 | 226.00 |

1. Tentative American opportunity credit (total of amounts in column (e))     226.00

LIFETIME LEARNING CREDIT
   a. STUDENT SSN     b. QUALIFIED EXPENSES

2. Total qualified expenses for Lifetime Learning Credit (total of amounts in column (b))     0.00

**PART I - REFUNDABLE AMERICAN OPPORTUNITY CREDIT**

| | |
|---|---:|
| 3. Enter $180,000 if married filing jointly; $90,000 if single, head of household, or qualifying widow(er) | 180,000.00 |
| 4. Modified adjusted gross income | 244,273.00 |
| 5. Subtract line 4 from line 3 (if zero or less, no allowable refundable education credit) | 0.00 |
| 6. Enter $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) | 20,000.00 |
| 7. Divide line 5 by line 6 (not more than 1.000) | 0.000 |
| 8. Tentative allowable American opportunity credit (multiply line 1 by line 7) | 0.00 |
| 9. Refundable American opportunity credit (multiply line 8 by 40%) (enter -0- if taxpayer not eligible for this credit) | 0.00 |

**PART II - NONREFUNDABLE EDUCATION CREDITS**

| | |
|---|---:|
| 10. Subtract line 9 from line 8 | 0.00 |
| 11. Enter amount from line 2 (if zero, skip lines 12 through 18, and enter zero on line 19 and go to line 20) | 0.00 |
| 12. Enter the smaller of line 11 or $10,000 | |
| 13. Multiply line 12 by 20% | |
| 14. Enter $124,000 if married filing jointly; $62,000 if single, head of household, or qualifying widow(er) | |
| 15. Modified adjusted gross income | |
| 16. Subtract line 15 from line 14 (if zero or less, skip lines 17 and 18, and enter zero on line 19 and go to line 20) | |
| 17. Enter $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) | |
| 18. Divide line 16 by line 17 (not more than 1.000) | |
| 19. Multiply line 13 by line 18 | 0.00 |
| 20. Tentative Nonrefundable Education Credit (add line 19 and line 10) | 0.00 |
| 21. Total tax | 42,769.00 |
| 22. Allowable credits | 0.00 |
| 23. Subtract line 22 from line 21 | 42,769.00 |
| 24. Nonrefundable Education Credit (smaller of line 20 or line 23) | 0.00 |

## 2013 - FORM 8863 - EDUCATION CREDITS

### PART III - TENTATIVE CREDITS

#### AMERICAN OPPORTUNITY CREDIT

| a. STUDENT SSN | b. QUALIFIED EXPENSES (Max. $4,000) | c. SUBTRACT $2,000 FROM QUALIFIED EXPENSES | d. MULTIPLY COLUMN (c) BY 25% | e. IF COLUMN (c) IS ZERO, ENTER AMOUNT FROM COLUMN (b); OTHERWISE, ADD $2,000 TO AMOUNT IN COLUMN (d) |
|---|---|---|---|---|
| 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 | 226.00 | 0.00 | 0.00 | 226.00 |

1. Tentative American opportunity credit (total of amounts in column (e))       226.00

#### LIFETIME LEARNING CREDIT
a. STUDENT SSN    b. QUALIFIED EXPENSES

2.Total qualified expenses for Lifetime Learning Credit (total of amounts in column (b))     0.00

### PART I - REFUNDABLE AMERICAN OPPORTUNITY CREDIT

| | |
|---|---|
| 3. Enter $180,000 if married filing jointly; $90,000 if single, head of household, or qualifying widow(er) | 180,000.00 |
| 4. Modified adjusted gross income | 600,741.00 |
| 5. Subtract line 4 from line 3 (if zero or less, no allowable refundable education credit) | 0.00 |
| 6. Enter $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) | 20,000.00 |
| 7. Divide line 5 by line 6 (not more than 1.000) | 0.000 |
| 8.Tentative allowable American opportunity credit (multiply line 1 by line 7) | 0.00 |
| 9. Refundable American opportunity credit (multiply line 8 by 40%) (enter -0- if taxpayer not eligible for this credit) | 0.00 |

### PART II - NONREFUNDABLE EDUCATION CREDITS

| | |
|---|---|
| 10. Subtract line 9 from line 8 | 0.00 |
| 11. Enter amount from line 2 (If zero, skip lines 12 through 18, and enter zero on line 19 and go to line 20) | 0.00 |
| 12. Enter the smaller of line 11 or $10,000 | |
| 13. Multiply line 12 by 20% | |
| 14. Enter $127,000 if married filing jointly; $63,000 if single, head of household, or qualifying widow(er) | |
| 15. Modified adjusted gross income | |
| 16. Subtract line 15 from line 14 (if zero or less, skip lines 17 and 18, and enter zero on line 19 and go to line 20) | |
| 17. Enter $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) | |
| 18. Divide line 16 by line 17 (not more than 1.000) | |
| 19. Multiply line 13 by line 18 | 0.00 |
| 20. Tentative Nonrefundable Education Credit (add line 19 and line 10) | 0.00 |
| 21. Total tax | 178,297.00 |
| 22. Allowable credits | 0.00 |
| 23. Subtract line 22 from line 21 | 178,297.00 |
| 24. Nonrefundable Education Credit (smaller of line 20 or line 23) | 0.00 |

## 2011 - Child Tax Credit and Form 8812 Additional Child Tax Credit

| | | |
|---|---|---:|
| 1. | Amount of credit based on qualifying children | 4,000.00 |
| 2. | Modified AGI | 1,070,178.00 |
| 3. | Limitation based on filing status ($110,000 if married filing jointly; $75,000 if single, head of household, or qualifying widow(er); $55,000 if married filing separate) | 110,000.00 |
| 4. | Subtract line 3 from line 2 (if zero or less, enter -0-) | 961,000.00 |
| 5. | Multiply line 4 by .05 | 48,050.00 |
| 6. | Subtract line 5 from line 1 (if zero or less, no credit is allowed) | 0.00 |
| 7. | Corrected tax before allowable credits | 0.00 |
| 8. | Credit limitation | 0.00 |
| 9. | Subtract line 8 from line 7 | 0.00 |
| 10. | Child tax credit (smaller of lines 6 or 9) | 0.00 |

### Form 8812 - Additional Child Tax Credit

| | | |
|---|---|---:|
| 1. | Amount from line 1 above (or amount of credit after modified AGI reduction) | 0.00 |
| 2. | Child tax credit allowed (line 10 above) | 0.00 |
| 3. | Subtract line 2 from line 1 (if zero or less, no credit is allowed) | 0.00 |
| 4a. | Earned income | |
| 4b. | Nontaxable combat pay included on line 4a | |
| 5. | If the amount on line 4a is more than $3,000, subtract $3,000 from line 4a (if line 4a is less than $3,000, then line 5 equals zero) | |
| 6. | Multiply the amount on line 5 by 15% | |
| 7. | Enter the total of the withheld social security and Medicare taxes | |
| 8. | Deductible part of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare, or RRTA taxes | |
| 9. | Total of line 7 and line 8 | |
| 10. | Earned income credit and excess social security and RRTA taxes withheld | |
| 11. | Subtract line 10 from line 9 (if zero or less, enter -0-) | |
| 12. | Larger of line 6 or line 11 | |
| 13. | Additional child tax credit (smaller of lines 3 or 12) | |

## 2014 - Child Tax Credit and Schedule 8812 Child Tax Credit

| | |
|---|---|
| 1. Amount of credit based on qualifying children | 2,000.00 |
| 2. Modified AGI | 22,472.00 |
| 3. Limitation based on filing status ($110,000 if married filing jointly; $75,000 if single, head of household, or qualifying widow(er); $55,000 if married filing separate) | 110,000.00 |
| 4. Subtract line 3 from line 2 (if zero or less, enter -0-) | 0.00 |
| 5. Multiply line 4 by .05 | 0.00 |
| 6. Subtract line 5 from line 1 (if zero or less, no credit is allowed) | 2,000.00 |
| 7. Corrected tax before allowable credits | 0.00 |
| 8. Credit limitation | 0.00 |
| 9. Subtract line 8 from line 7 | 0.00 |
| 10. Child tax credit (smaller of lines 6 or 9) | 0.00 |

## Schedule 8812 - Child Tax Credit

| | |
|---|---|
| 1. Amount from line 1 above (or amount of credit after modified AGI reduction) | 2,000.00 |
| 2. Child tax credit allowed (line 10 above) | 0.00 |
| 3. Subtract line 2 from line 1 (if zero or less, no credit is allowed) | 2,000.00 |
| 4a. Earned income | 23,310.00 |
| 4b. Nontaxable combat pay included on line 4a | 0.00 |
| 5. If the amount on line 4a is more than $3,000, subtract $3,000 from line 4a (if line 4a is less than $3,000, then line 5 equals zero) | 20,310.00 |
| 6. Multiply the amount on line 5 by 15% | 3,047.00 |
| 7. Enter the total of the withheld social security, Medicare, and Additional Medicare taxes | 0.00 |
| 8. Deductible part of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare, or RRTA taxes | 0.00 |
| 9. Total of line 7 and line 8 | 0.00 |
| 10. Earned income credit and excess social security and RRTA taxes withheld | 0.00 |
| 11. Subtract line 10 from line 9 (if zero or less, enter -0-) | 0.00 |
| 12. Larger of line 6 or line 11 | 3,047.00 |
| 13. Additional child tax credit (smaller of lines 3 or 12) | 2,000.00 |

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty - Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 11 below is attributable to one or more of the following:

(1) Negligence or disregard of rules or regulations;
(2) Substantial understatement of income tax;
(3) Substantial valuation misstatement (overstatement);
(4) Transaction lacking economic substance.

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | | |
|---|---|---|
| 1. Total tax as corrected | | 357,644.00 |
| 2. Less: Total refundable credits as corrected | | 0.00 |
| 3. Net tax due after allowable refundable credits (Line 1 less line 2) (not less than 0.00) | | 357,644.00 |
| 4. Total tax per return | | 39,500.00 |
| 5. Total refundable credits per return | | 436.00 |
| 6. Net tax less refundable credits per return (Line 4 less line 5) (not less than 0.00) | | 39,064.00 |
| 7. Net tax due in excess of net tax per return (Line 3 less line 6) | | 318,580.00 |
| 8. Adjustments to prepayment credits – increase (decrease) | | 0.00 |
| 9. Tax due after adjustment to prepayment credits (line 7 less line 8) | | 318,580.00 |
| 10. Less: Refunds held in excess of refundable credits per return less tax per return | | |
| 10a. Frozen refunds | 0.00 | |
| 10b. Refundable credits per return less tax per return (not less than 0.00) | 0.00 | |
| 10c. Net refunds held in excess of refundable credits per return less tax per return (Line 10a less line 10b) (not less than 0.00) | | 0.00 |
| 11. Underpayment to which Section 6662(a) applies (Line 9 less line 10c) (not less than 0.00) | | 318,580.00 |
| 12. Applicable penalty rate | | 20.00% |
| 13. Section 6662(a) accuracy-related penalty (line 11 multiplied by line 12) | | 63,716.00 |
| 14. Less: Previously assessed/previously agreed Section 6662(a) penalty | | 0.00 |
| 15. Total Section 6662(a) accuracy-related penalty (Line 13 less line 14) | | 63,716.00 |

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty - Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 11 below is attributable to one or more of the following:

    (1) Negligence or disregard of rules or regulations;
    (2) Substantial understatement of income tax;
    (3) Substantial valuation misstatement (overstatement);
    (4) Transaction lacking economic substance.

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | | |
|---|---|---:|
| 1. | Total tax as corrected | 64,247.00 |
| 2. | Less: Total refundable credits as corrected | 0.00 |
| 3. | Net tax due after allowable refundable credits (Line 1 less line 2) (not less than 0.00) | 64,247.00 |
| 4. | Total tax per return | 5,315.00 |
| 5. | Total refundable credits per return | 90.00 |
| 6. | Net tax less refundable credits per return (Line 4 less line 5) (not less than 0.00) | 5,225.00 |
| 7. | Net tax due in excess of net tax per return (Line 3 less line 6) | 59,022.00 |
| 8. | Adjustments to prepayment credits – increase (decrease) | 0.00 |
| 9. | Tax due after adjustment to prepayment credits (line 7 less line 8) | 59,022.00 |
| 10. | Less: Refunds held in excess of refundable credits per return less tax per return | |
| | 10a. Frozen refunds    0.00 | |
| | 10b. Refundable credits per return less tax per return (not less than 0.00)    0.00 | |
| | 10c. Net refunds held in excess of refundable credits per return less tax per return (Line 10a less line 10b) (not less than 0.00) | 0.00 |
| 11. | Underpayment to which Section 6662(a) applies (Line 9 less line 10c) (not less than 0.00) | 59,022.00 |
| 12. | Applicable penalty rate | 20.00% |
| 13. | Section 6662(a) accuracy-related penalty (line 11 multiplied by line 12) | 11,804.40 |
| 14. | Less: Previously assessed/previously agreed Section 6662(a) penalty | 0.00 |
| 15. | Total Section 6662(a) accuracy-related penalty (Line 13 less line 14) | 11,804.40 |

### Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty - Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 11 below is attributable to one or more of the following:

(1) Negligence or disregard of rules or regulations;
(2) Substantial understatement of income tax;
(3) Substantial valuation misstatement (overstatement);
(4) Transaction lacking economic substance.

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | | | |
|---|---|---:|---:|
| 1. Total tax as corrected | | | 198,239.00 |
| 2. Less: Total refundable credits as corrected | | | 0.00 |
| 3. Net tax due after allowable refundable credits | | | 198,239.00 |
|    (Line 1 less line 2) (not less than 0.00) | | | |
| 4. Total tax per return | | | 0.00 |
| 5. Total refundable credits per return | | | 90.00 |
| 6. Net tax less refundable credits per return | | | 0.00 |
|    (Line 4 less line 5) (not less than 0.00) | | | |
| 7. Net tax due in excess of net tax per return | | | 198,239.00 |
|    (Line 3 less line 6) | | | |
| 8. Adjustments to prepayment credits – increase (decrease) | | | 0.00 |
| 9. Tax due after adjustment to prepayment credits (line 7 less line 8) | | | 198,239.00 |
| 10. Less: Refunds held in excess of refundable credits per return less tax per return | | | |
|    10a. Frozen refunds | | 0.00 | |
|    10b. Refundable credits per return less tax per return (not less than 0.00) | | 90.00 | |
|    10c. Net refunds held in excess of refundable credits per return less tax per return | | | 0.00 |
|       (Line 10a less line 10b) (not less than 0.00) | | | |
| 11. Underpayment to which Section 6662(a) applies | | | 198,239.00 |
|    (Line 9 less line 10c) (not less than 0.00) | | | |
| 12. Applicable penalty rate | | | 20.00% |
| 13. Section 6662(a) accuracy-related penalty (line 11 multiplied by line 12) | | | 39,647.80 |
| 14. Less: Previously assessed/previously agreed Section 6662(a) penalty | | | 0.00 |
| 15. Total Section 6662(a) accuracy-related penalty | | | 39,647.80 |
|    (Line 13 less line 14) | | | |

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty - Internal Revenue Code Section 6662(a)**

It has been determined that the underpayment of tax shown on line 11 below is attributable to one or more of the following:

(1) Negligence or disregard of rules or regulations;
(2) Substantial understatement of income tax;
(3) Substantial valuation misstatement (overstatement);
(4) Transaction lacking economic substance.

Therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | | |
|---|---|---|
| 1. Total tax as corrected | | 3,544.00 |
| 2. Less: Total refundable credits as corrected | | 3,000.00 |
| 3. Net tax due after allowable refundable credits (Line 1 less line 2) (not less than 0.00) | | 544.00 |
| 4. Total tax per return | | 0.00 |
| 5. Total refundable credits per return | | 1,000.00 |
| 6. Net tax less refundable credits per return (Line 4 less line 5) (not less than 0.00) | | 0.00 |
| 7. Net tax due in excess of net tax per return (Line 3 less line 6) | | 544.00 |
| 8. Adjustments to prepayment credits – increase (decrease) | | 0.00 |
| 9. Tax due after adjustment to prepayment credits (line 7 less line 8) | | 544.00 |
| 10. Less: Refunds held in excess of refundable credits per return less tax per return | | |
| 10a. Frozen refunds | 0.00 | |
| 10b. Refundable credits per return less tax per return (not less than 0.00) | 1,000.00 | |
| 10c. Net refunds held in excess of refundable credits per return less tax per return (Line 10a less line 10b) (not less than 0.00) | | 0.00 |
| 11. Underpayment to which Section 6662(a) applies (Line 9 less line 10c) (not less than 0.00) | | 544.00 |
| 12. Applicable penalty rate | | 20.00% |
| 13. Section 6662(a) accuracy-related penalty (line 11 multiplied by line 12) | | 108.80 |
| 14. Less: Previously assessed/previously agreed Section 6662(a) penalty | | 0.00 |
| 15. Total Section 6662(a) accuracy-related penalty (Line 13 less line 14) | | 108.80 |

RGS Version 16.20.00          Date Tax Computation Last Generated 01/13/2016

# How Bankruptcy Affects Your Right to File a Petition in Tax Court in Response to a Notice of Deficiency



**IRS**

This notice explains how your right to petition the Tax Court in response to a Notice of Deficiency may be affected by bankruptcy and the automatic stay. Failure to petition the Tax Court within the time provided by law in the Notice of Deficiency will result in the Tax Court lacking jurisdiction to hear your petition. Also, note that the rules set forth below only pertain to petitioning the Tax Court in response to a Notice of Deficiency. If you receive another notice from IRS that provides you with an opportunity to petition the Tax Court, the bankruptcy may affect your rights, but other rules may apply as well. If you are represented by an attorney in your bankruptcy preceding, you should consult with him or her about how best to proceed. If you are not represented, you may obtain representation.

## THE AUTOMATIC STAY

The filing of a bankruptcy petition operates as an automatic stay. Generally, the automatic stay prohibits the commencement or continuation of a Tax Court proceeding and, as a result, may extend the deadline to file a petition with the Tax Court.

You may request the Bankruptcy Court lift the automatic stay so that you are able to file a petition in Tax Court to challenge the Notice of Deficiency while you are in bankruptcy. If you file a Tax Court petition while the automatic stay is still in effect, the Tax Court may dismiss the petition for lack of jurisdiction.

## SITUATIONS WHERE THE AUTOMATIC STAY MAY NOT BE IN EFFECT

**Bankruptcy Petitions filed by Individuals on or after October 17, 2005**

- Tax Court proceedings to redetermine post-petition tax liabilities are not stayed.
- Tax Court proceedings for post-petition periods may be commenced or continued without regard to whether the taxpayer filed a petition in bankruptcy on or after October 17, 2005.
- Liabilities that are owed for tax periods which end after you file bankruptcy are post-petition tax liabilities.
- Generally, a liability for a tax period that straddles the date that you file bankruptcy is considered to be a post-petition tax liability.
- If you do not agree with the Notice of Deficiency with regard to a post-petition tax liability, then you may petition the Tax Court for redetermination by the date shown in the Notice of Deficiency.

**Serial Bankruptcy Filings by Individuals Who Filed Bankruptcy Petitions on or after October 17, 2005**

- **One Prior Bankruptcy Petition Filed and Dismissed in the Year before the Current Bankruptcy Petition.**
    - The automatic stay will terminate 30 days after the current bankruptcy petition was filed.
    - The Bankruptcy Court may extend the automatic stay beyond the 30 day period if the debtor demonstrates that the current bankruptcy was filed in good faith.
    - If you do not agree with the Notice of Deficiency and the Bankruptcy Court has not extended the automatic stay, then you may petition the Tax Court for redetermination after the automatic stay has expired.

- **Two or More Prior Bankruptcy Petitions Filed and Dismissed in the Year before the Current Bankruptcy Petition.**
    - The automatic stay will not come into effect upon the filing of the current bankruptcy petition.
    - The Bankruptcy Court may provide an automatic stay.
    - The 90-day period (or 150-day period, if we mailed this letter to an address outside the U.S.) to file a petition with the Tax Court continued to run, unless the Bankruptcy Court provided an automatic stay.
    - If you do not agree with the Notice of Deficiency and the Bankruptcy Court has not provided an automatic stay, then you may petition the Tax Court for redetermination by the date shown in the Notice of Deficiency.

    **Important:** The serial filing rules explained above do not apply to current Chapter 11 or 13 bankruptcy petitions where the previous bankruptcy case was a Chapter 7 that was dismissed under 11 USC § 707(b).

## When One or Both Spouses are in Bankruptcy

- If both spouses are in bankruptcy and the bankruptcy automatic stay is in effect, each spouse should request the Bankruptcy Court to lift the automatic stay before filing a Tax Court petition for redetermination of tax liabilities.
- If the automatic stay is lifted with regard to only one spouse, then the Tax Court would only have jurisdiction over that spouse's petition.
- If only one spouse is in bankruptcy, then only that spouse must request that the stay be lifted if that spouse wants to have the tax liability redetermined by the Tax Court.

- The spouse who is not in bankruptcy may file a separate petition in Tax Court and must be vigilant to file by the date shown in the Notice of Deficiency.
- The automatic stay does not extend protection to the spouse who is not in bankruptcy.
- If both spouses are in bankruptcy, it is possible for only one spouse to be considered a serial filer (as addressed above).

## FILING A TAX COURT PETITION AFTER THE AUTOMATIC STAY HAS TERMINATED

You may file a Tax Court petition after the automatic stay is lifted by the Bankruptcy Court or when the automatic stay is no longer in effect by operation of law.

**If the automatic stay was in effect as of the date of the Notice of Deficiency,** then once the automatic stay ends, you have 90 days (or 150 days if your address was outside the United States), plus an additional 60, to file your Tax Court petition requesting a redetermination of the deficiency.

| | |
|---|---|
| Days to petition the Tax Court per the Notice of Deficiency | 90 (or 150) |
| IRC section 6213(f) Days | + 60 |
| Number of Days to file a Tax Court Petition | = 150 (or 210) |
| Date Automatic Stay Was Lifted | + |
| **Last Date to File a Petition with the Tax Court** | = |

**If the automatic stay was not in effect as of the date of the Notice of Deficiency** and you file a bankruptcy petition within the 90 day period (or 150 days if your address was outside the United States) in which you have to file a Tax Court petition, the bankruptcy automatic stay will extend the deadline for filing your Tax Court petition. Once the stay ends, you have the original 90 days (or if applicable, 150 days) less the number of days that had expired prior to the filing of the bankruptcy petition, plus an additional 60 days, in which to file your Tax Court petition for redetermination of the liabilities for those tax periods that you were previously, by way of the automatic stay, prohibited from filing a petition in Tax Court.

| | |
|---|---|
| Days to petition the Tax Court per the Notice of Deficiency | 90 (or 150) |
| Number of days that expired prior to filing the bankruptcy petition | - |
| Number of Days left of the original 90 days (or 150 days) | = |
| IRC section 6213(f) Days | + 60 |
| Number of Days to file a Tax Court Petition | = |
| Date Automatic Stay Was Lifted | + |
| **Last Date to File a Petition with the Tax Court** | = |

## CHALLENGING THE IRS'S DETERMINATION OF A TAX LIABILITY IN BANKRUPTCY COURT

Depending on the facts of your bankruptcy filing, the bankruptcy process may give you an alternative forum to determine your tax liabilities. The IRS may file a proof of claim with the Bankruptcy Court for the amounts reflected on the Notice of Deficiency plus applicable interest and additions to tax. You may object to the proof of claim by filing an objection with the Bankruptcy Court. In some bankruptcy petitions, you may be able to initiate a proceeding under Bankruptcy Code § 505 for the court to determine the amount of your tax liability. If your tax liability is determined either by an objection to the claim proceeding or by a § 505 determination by the Bankruptcy Court, then that determination is final, and the Tax Court would no longer have jurisdiction to consider an otherwise timely petition for redetermination after the termination of the automatic stay.

| Form **4089-B** | Department of the Treasury – Internal Revenue Service | Symbols |
|---|---|---|
| (October 1999) | **Notice of Deficiency–Waiver** | SE:S:E:TS:W:SEA:W140 |

| Name and address of taxpayer(s) | Social Security or Employer Identification Number |
|---|---|
| Edward J. & Shannon L. Duffy<br>1717 Southwest Highland Road<br>Portland, OR 97221-2729 | |

| Kind of tax | ☐ Copy to authorized representative |
|---|---|
| Income | |

**DEFICIENCY — Increase in Tax and Penalties**

| Tax Year Ended: | Deficiency: | Penalties or Additions to Tax:<br>IRC 6662(a) |
|---|---|---|
| December 31, 2009 | $44,514.00 | 7,942.80 |
| December 31, 2010 | $40,469.00 | 8,093.80 |
| December 31, 2011 | $318,580.00 | 63,716.00 |
| December 31, 2012 | $59,022.00 | 11,804.40 |
| December 31, 2013 | $198,329.00 | 39,647.80 |
| December 31, 2014 | $1,544.00 | 108.80 |

\* This amount only reflects the addition to tax under IRC section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return or at a rate of one-half percent (0.5%) for each month, or fraction thereof, of nonpayment, not exceeding twenty-five percent (25.0%).

**See the attached explanation for the above deficiencies**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

| Your Signature | ▶ .......................................................................................... | (Date Signed) |
|---|---|---|
| Spouse's Signature<br>(If A Joint Return<br>Was Filed) | ▶ .......................................................................................... | (Date signed) |
| Taxpayer's<br>Representative<br>Sign Here | ▶ .......................................................................................... | (Date signed) |
| Corporate Name | ▶ .......................................................................................... | |
| Corporate Officers<br>Sign Here | ▶ .......................................................................................... | |

| (Signature) | (Title) | (Date signed) |
|---|---|---|
| (Signature) | (Title) | (Date signed) |

If you agree, please sign one copy and return it; keep the other copy for your records.

| Cat. No. 29000E | www.irs.gov | Form **4089-B** (10-1999) |
|---|---|---|

## Instructions for Form 4089 B

Note:

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not relieve you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Optional Paragraphs

A check in the block to the left of a paragraph below indicates that the paragraph applies to your situation.

☐ The amount shown as the deficiency may not be billed, since all or part of the refund due has been held to offset all or a portion of the amount of the deficiency. The amount that will be billed, if any, is shown on the attached examination report.

☐ The amount shown as a deficiency may not be billed, since the refund due will be reduced by the amount of the deficiency. The net refund due is shown on the attached examination report.