11/15/18

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Edward J. Duffy** ) Case No. **18-33339-tmb13**
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Attorney: **MICHAEL D O'BRIEN**    Trustee: Wayne Godare
**Present:** Debtor ( ) Jt. Debtor ( ) Attorney (✓)    Conf. Hrg Date/Time: 11/15/2018 9:00 AM
**Creditors In Attendance:** Laura Walker (Bank of Oswego)
Jeremy Hendon (IRS)

\_\_\_\_**Dismiss Since:**\_\_\_\_(1) Payments Not Received by Trustee \_\_\_\_(2) Domestic Support Obligations Not Current
\_\_\_\_ (3) Trustee OBJ. TO CONF.; OR \_\_\_\_(4) Grant Motion to Dismiss from_____
\_\_\_\_**Enter Confirmation Order:**\_\_\_\_ Subject to Objections W/In \_\_\_\_ Days By_____
\_\_\_\_ Enter OCP Order _____ Fee Reduction _____ Send Letter
\_\_\_\_**Enter Order: Denying Confirm**\_\_\_\_ Days to File Amended Plan
Reason: \_\_\_\_ (1) Unable to Comply _____ (2) More Than 36/60 Mo. \_\_\_\_\_ (3) Debtor wants to File Amended Plan
(4) _____
\_\_\_\_**Enter Order re Tax Returns Owed:**\_\_\_\_ IRS \_\_\_\_ ODR \_\_\_\_ OTHER: _____
Returns Due Within \_\_\_\_ Days
\_\_\_\_**Enter Service Order** \_\_\_\_ Fee Reduction \_\_\_\_ Send Letter
✓ **Adjourn Confirmation Hearing:** ✓ Notice given in Ct.; OR Notify \_\_\_\_ (1) All Interested Parties:
or \_\_\_\_ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc.: 12-20-18 @ 2:00 Evidentiary \_\_\_\_ Hours \_\_\_\_ Bend: \_\_\_\_
**Objecting Creditor:** IRS; US Bank · Trustee
   Value: \_\_\_\_ D\_\_\_\_ C\_\_\_\_ Feasibility:\_\_\_\_ Good Faith: \_\_\_\_
   \_\_\_\_ D\_\_\_\_ C\_\_\_\_ Failure to Make Postpetition Payments: \_\_\_\_
Int Rate: \_\_\_\_ D\_\_\_\_ C\_\_\_\_ Failure to Assume or Reject Executory Contract: \_\_\_\_

**Objecting Creditor:** Bank of Oswego; John + Debra Stover
   Value: \_\_\_\_ D\_\_\_\_ C\_\_\_\_ Feasibility:\_\_\_\_ Good Faith: \_\_\_\_
   \_\_\_\_ D\_\_\_\_ C\_\_\_\_ Failure to Make Postpetition Payments: \_\_\_\_
Int Rate: \_\_\_\_ D\_\_\_\_ C\_\_\_\_ Failure to Assume or Reject Executory Contract: \_\_\_\_

Debt limit issue. Tax court hearing early December.
1) Mtn to Convert @ 2:00
2) Adj. conf. hrg @ 2:00
3) 12/5 IRS POC objection will be rescheduled to 12/20 @ 2:00

Case 18-33339-tmb13    Doc 46    Filed 11/15/18