2:00 PM 18-33339 tmb 13  bk   Edward J. Duffy

(1) **Objection to Claim 3 of Department of Treasury-Internal Revenue Service and ORDER and NOTICE Thereon. (23)**

Edward J. Duffy - db           MICHAEL D O'BRIEN
Department of Treasury-Internal   JEREMY N HENDON
Wayne Godare - tr

(2) **Motion to Convert Chapter 13 to Chapter 7 Case and Supporting Document(s). Filing Fee Exempt. Filed by Creditor Department of Treasury-Internal Revenue Service (HENDON, JEREMY) (38)**

Edward J. Duffy - db           MICHAEL D O'BRIEN
Department of Treasury-Internal   JEREMY N HENDON
Wayne Godare - tr

(3) **Adjourned Confirmation Hearing**

Edward J. Duffy - db           MICHAEL D O'BRIEN
Wayne Godare - tr

Mr Hantman         Laura Walker - Bank of Oswego
                   Joe Field - Stover

---

Evidentiary Hearing:   Yes: ☐   No: ☐

Record held open until 1/29/19 in Tax Court
Prelimary hearings Obj to claim ? Motion to Convert
Conf.
1/31/19 @ 2:00

Run Date:   12/20/18