Continued Hearings on:
1) Motion to Convert Chapter 13 to Chapter 7 Case. Filing Fee Exempt. Filed by Creditor Department of Treasury-Internal Revenue Service (HENDON, JEREMY) (38)
2) Objection to Claim 3 of Department of Treasury-Internal Revenue Service and ORDER and NOTICE Thereon. (ljr) (23)

Edward J. Duffy - db　　　　MICHAEL D O'BRIEN
Department of Treasury-Internal　　JEREMY N HENDON Bonus Kukso
Wayne Godare - tr

**Adjourned Confirmation Hearing**
Edward J. Duffy - db　　　　MICHAEL D O'BRIEN
Wayne Godare - tr  Mr Hartman    Laura Walker - Bank of Oswego
                                  Mr. Savage

Evidentiary Hearing:　　Yes: ☐　　No: ☐

1. For the reasons cited on the record, Debtor is not eligible to be a Chapter 13 Debtor. Debtor has 2 weeks to determine whether the case will be converted to Chapter 7 or 11 or dismissed.

2. Objection to claim #3 is in abeyance until June 3, 2019.

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

DOCKET ENTRY: