1/31/19

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ）
**Edward J. Duffy** ）  Case No. **18-33339-tmb13**
） CHAPTER 13 CONFIRMATION
Debtor(s) ） WORKSHEET

Attorney: **MICHAEL D O'BRIEN**   Trustee: Wayne Godare / Hartman

**Present:** Debtor ( ) Jt. Debtor ( ) Attorney ( )   Conf. Hrg Date/Time: 01/31/2019 02:00 PM

**Creditors In Attendance:** _____

---

____**Dismiss Since:**____ (1) Payments Not Received by Trustee ____(2) Domestic Support Obligations Not Current
____ (3) Trustee OBJ. TO CONF.; OR ____(4) Grant Motion to Dismiss from_____
____**Enter Confirmation Order:**____ Subject to Objections W/In ____ Days By_____
____ Enter OCP Order ____ Fee Reduction ____ Send Letter
____**Enter Order: Denying Confirm**____ Days to File Amended Plan
Reason: ____ (1) Unable to Comply ____ (2) More Than 36/60 Mo. ____ (3) Debtor wants to File Amended Plan
(4) _____
____**Enter Order re Tax Returns Owed:**____ IRS ____ ODR ____ OTHER: _____
Returns Due Within ____ Days
____**Enter Service Order** ____ Fee Reduction ____ Send Letter
____**Adjourn Confirmation Hearing:**____ Notice given in Ct.; OR Notify ____ (1) All Interested Parties:
or ____ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc: _____ Evidentiary ____ Hours ____ Bend: ____

**Objecting Creditor:** _____
  Value: ____ D____ C____ Feasibility: ____ Good Faith: ____
         ____ D____ C____ Failure to Make Postpetition Payments: ____
  Int
  Rate:  ____ D____ C____ Failure to Assume or Reject Executory Contract: ____

_____
_____

**Objecting Creditor:** _____
  Value: ____ D____ C____ Feasibility: ____ Good Faith: ____
         ____ D____ C____ Failure to Make Postpetition Payments: ____
  Int
  Rate:  ____ D____ C____ Failure to Assume or Reject Executory Contract: ____

Case will not remain in 13